**LITE DEPALMA GREENBERG & RIVAS, LLC**
Joseph J. DePalma (jdepalma@ldgrlaw.com)
Jason E. Macias (jmacias@ldgrlaw.com)
Two Gateway Center, 12th Floor
Newark, New Jersey 07102
Tel: (973) 623-3000
Fax: (973) 623-0858

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

*DOCUMENT ELECTRONICALLY FILED*

| | | |
|---|---|---|
| KARUNAMUNIGE CHAMILA KRISHANTHI, Individually, et al.   Plaintiffs | : : : : | Civil Action No. 09-5395(DMC) |
| v. | : : | |
| RAJAKUMARA RAJARATNAM, JESUTHASAN M. RAJARATNAM, TAMIL REHABILITATION ORGANIZATION, aka TRO, TAMIL RELIEF ORGANIZATION | : : : : : | **ORDER FOR PRO HAC VICE ADMISSIONS** |
| Defendants. | : | |

This matter having been presented to the Court by Lite DePalma Greenberg & Rivas, LLC, counsel for plaintiffs, for an Order allowing the appearance *pro hac vice* of John M. Eubanks and Michael E. Elsner for all purposes in the above captioned matter, and the Court having reviewed the Certifications of Jason E. Macias, John M. Eubanks, and Michael E. Elsner, and it appearing that John M. Eubanks and Michael E. Elsner are members of the firm Motley Rice, LLP located at 28 Bridgeside Boulevard, Mt. Pleasant, South Carolina  and that Lite DePalma Greenberg & Rivas, LLC having agreed to act as local counsel; and for good cause having been shown;

222357 v1

**IT IS** on this ____ day of _____, 2009

**ORDERED,** that John M. Eubanks and Michael E. Elsner are hereby admitted <u>pro hac vice</u> for all purposes of representing plaintiffs in the above entitled action, and it is

**FURTHER ORDERED** that, pursuant to Local Rule 101.1(c) John M. Eubanks and Michael E. Elsner shall each make payments to the New Jersey Lawyer's Fund for Client Protection as provided by New Jersey Court Rule 1:28-2(a) if they have not already made a contribution, and it is

**FURTHER ORDERED** that pursuant to L. Civ. R. 101.1(c) (3), John M. Eubanks and Michael E. Elsner shall each make a payment of $150.00, payable to the Clerk, United States District Court; and it is

**FURTHER ORDERED** that John M. Eubanks and Michael E. Elsner shall be bound by the General and Admiralty Rules of the United States District Court for the District of New Jersey, including but not limited to the provisions of Local Rule 103.1, <u>Judicial Ethics and Professional Responsibiltiy</u>, and Local Rule 104.1, <u>Discipline of Attorneys</u>; and it is

**FURTHER ORDERED** that pursuant to L. Civ. R. 101.1(c), John M. Eubanks and Michael E. Elsner shall be deemed to have agreed to take no fee in any tort case in excess of the New Jersey Court Contingency Fee Rule, Rule 1:27-7, as amended

                                                 _____

                                                 Honorable Mark Falk, U.S.M.J.

222357 v1