Joseph J. DePalma
Jason E. Macias
LITE DEPALMA GREENBERG & RIVAS, LLC
Two Gateway Center, 12th Floor
Newark, New Jersey 07102
Phone: (973) 623-3000
Fax: (973) 877-3845

Michael E. Elsner (admitted *pro hac vice*)
John M. Eubanks (admitted *pro hac vice*)
MOTLEY RICE LLC
28 Bridgeside Boulevard
Mount Pleasant, South Carolina 29464
Phone: (843) 216-9000
Fax: (843) 216-9450

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| KARUNAMUNIGE CHAMILA KRISHANTHI, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> RAJAKUMARA RAJARATNAM, *et al.* <br><br> Defendants. | Civil Action No. 2:09-CV-05395 DMC-MF <br><br> **Certification of John M. Eubanks** |

JOHN M. EUBANKS, of full age, hereby certifies as follows:

1. I am a member in good standing of the State Bar of Maryland, who has been admitted *pro hac vice* in this litigation.

234573 v1

2. I am a member of the law firm Motley Rice LLC, representing all Plaintiffs in this litigation.

3. I make this certification in support of Plaintiffs' Brief in Opposition to the Motion to Dismiss of Defendant Tamil Rehabilitation Organization ("TRO").

4. I have personal knowledge of the matters set forth in this Certification, and I can testify competently to them if called upon to do so.

5. A true and correct copy of the 2008 State of Maryland Personal Property Return filed by TRO is attached hereto as Exhibit A.

6. A true and correct copy of TRO-USA's Website Home Page from June 22, 2003 (http://web.archive.org/web/20030622054649/http://www.trousa.org) is attached hereto as Exhibit B.

7. A true and correct copy of the May 14, 2003 advertisement for TRO's Fourth Annual Fund Raising Event to be held on June 8, 2003 in Edison, New Jersey (http://www.sangam.org/events/TROFundraiser_5-19_03.htm) is attached hereto as Exhibit C.

8. A true and correct copy of the Advertisement posted on October 8, 2004, advertising TRO's Fifth Annual Event to be held on October 23, 2004 in Monmouth Junction, New Jersey (http://www.sangam.org/articles/view2/?uid=588) is attached hereto as Exhibit D.

234573 v1

2

9. A true and correct copy of the E-mail listserve posting, advertising a TRO Fund Raiser Dinner and Dance to be held on July 23, 2000 in Edison, New Jersey is attached hereto as Exhibit E.

10. A true and correct copy of the Property record abstract for Ram Ranjan's Princeton Junction, New Jersey address is attached hereto as Exhibit F.

11. A true and accurate copy of the Bomb Victims Fund: An Appeal posted by TRO (http://www.sangam.org/BombVictimsFund.htm) is attached hereto as Exhibit G.

12. A true and correct copy of the "TRO Appeals for Urgent Assistance" providing a telephone number in New Jersey as a TRO contact (http://www.tamilnet.com/art.html?catid=13&artid=13715) is attached hereto as Exhibit H.

13. A true and correct copy of the TRO in the United States' website identifying phone numbers in New Jersey as "local contacts" and "engagement contacts" is attached hereto as Exhibit I.

14. A true and accurate copy of the Advertisement on the TRO-USA website for a presentation to be held on October 6, 2002 in Edison, New Jersey is attached hereto as Exhibit J.

15. A true and accurate copy of the TRO Brochure indicating TRO's Tax ID number and including a New Jersey phone and fax number (posted on the

Internet at http://www.sangam.org/articles/view2/799.pdf) is attached hereto as Exhibit K.

16. A true and correct copy of the March 15, 1999 letter from Thompson Hine & Flory LLP to the IRS is attached hereto as Exhibit L.

I certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

DATED: April 12, 2010

John M. Eubanks  (admitted *pro hac vice*)
MOTLEY RICE LLC
28 Bridgeside Boulevard
Mount Pleasant, South Carolina 29464
Phone:  (843) 216-9000
Fax:      (843) 216-9450

*Attorney for Plaintiffs*