**LITE DEPALMA GREENBERG, LLC**
Allyn Z. Lite (alite@litedepalma.com)
Joseph J. DePalma (jdepalma@litedepalma.com)
Jason E. Macias (jmacias@litedepalma.com)
Two Gateway Center, 12th Floor
Newark, New Jersey 07102
Phone:  (973) 623-3000
Fax:    (973) 877-3845

**MOTLEY RICE LLC**
Michael E. Elsner (admitted *pro hac vice*)
John M. Eubanks (admitted *pro hac vice*)
28 Bridgeside Boulevard
Mount Pleasant, South Carolina 29464
Phone:  (843) 216-9000
Fax:    (843) 216-9450

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| KARUNAMUNIGE CHAMILA KRISHANTHI, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> RAJAKUMARA RAJARATNAM, *et al.* <br><br> Defendants. | Civil Action No. 09-05395 (DMC)(JAD) <br><br><br><br> [~~PROPOSED~~] ORDER |

**WHEREAS**, in a written opinion and Order on August 26, 2010, Hon.

Dennis M. Cavanaugh, U.S.D.J., "permitted Plaintiffs to conduct jurisdictional

262432 v1

discovery concerning the issue of whether the Court's exercise of personal jurisdiction over Defendant Tamil Rehabilitation Organization, USA ("TRO") is proper"; and

**WHEREAS**, Plaintiffs served such jurisdictional discovery on Defendant TRO on September 21, 2010; and

**WHEREAS**, Defendant TRO objected to producing discovery on multiple grounds including that it "does not have any of those documents within its possession, custody, or control because they were seized by the United States government"; and

**WHEREAS**, the parties appeared before this Court in Chambers on December 6, 2010 at which time the Court requested briefing on the issue of whether the Court possesses the authority to compel Defendant TRO to seek a license from the Office of Foreign Assets Control ("OFAC") to obtain access to documents it claims were seized by the United States Government, and the Court having considered the letter briefs submitted by the parties; and the Court having heard oral argument from the parties; and for good cause shown;

**IT IS** on this 10th day of March, 2011, hereby:

**ORDERED** that Plaintiffs' motion to compel Defendant TRO to seek a license from OFAC to obtain access to TRO's documents in order to engage in the

jurisdictional discovery ordered by Judge Cavanaugh, and propounded by Plaintiffs, is **GRANTED;** and

**IT IS FURTHER ORDERED** that TRO shall seek such a license from OFAC not later than ~~March~~ APRIL 1, 2011; and

**IT IS FURTHER ORDERED** that TRO's request for such a license from OFAC shall include a copy of this Order; and

~~**IT IS FURTHER ORDERED** that a copy of TRO's request to OFAC for such a license shall be filed on this Court's ECF system.~~

_____
Hon. Joseph A. Dickson, U.S.M.J.
Hon. **Joseph** A. Dickson
United States Magistrate **Judge**

"IT IS FURTHER ORDERED ~~that~~ that Plaintiffs and TRO shall meet and confer to agree upon the form of TRO's Request to OFAC for such a license. When filed with OFAC, the request shall be provided to all parties AND and the Court.

262432 v1

- 3 -