**LITE DEPALMA GREENBERG, LLC**
Joseph J. DePalma
570 Broad Street, Suite 1201
Newark, New Jersey 07102
Telephone: (973) 623-3000
Facsimile: (973) 623-0858
jdepalma@litedepalma.com

**MOTLEY RICE LLC**
Michael Elsner, Esq.
John M. Eubanks, Esq.
28 Bridgeside Boulevard
Mount Pleasant, South Carolina 29464
Telephone: (843) 216-9000

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| KARUNAMUNIGE CHAMILA KRISHANTHI, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>RAJAKUMARA RAJARATNAM, *et al.*<br><br>*Defendants*. | Civil Action No. 2:09-CV-05395 DMC-MF |

## PLAINTIFFS' SECOND AMENDED COMPLAINT

Pursuant to Federal Rules of Civil Procedure 15(a)(2), 20, and 21, in addition to the parties previously named and the claims already alleged, Plaintiffs respectfully submit the following additional allegations and add each of the following parties as Plaintiffs: UKKUBANDAGE ANURAKUMARI, Individually, on behalf of minor children L.M.D. and T.M.D, and as Personal Representative of the Estate of Ukkuralage Dharmapala, Deceased; DINGIRI BANDAGE PATHMAWATHIE, Individually as an injured party, and as Parent of S.

1

587446.1

W. Chandana Seneviratna, Deceased; SENEWIRATHNAGE ANULAWATHI, Individually and as Parent of N. Sumali Weerawadana, an Injured Party, AUWSADA HAMIGE PIYADASA, as an Injured Party; RANASINGHEGE LEELAWATHI, Individually as an injured party, as Personal Representative of the Estate of minor child R.P.D., Deceased, and as Parent and Guardian of minor child C.S., Injured; KARUNARATHNAGE SOMASIRI, as an Injured Party; KALUWAGE KARUNAWATHIE, Individually and as Parent of Bandupalage Eranga Saman, Injured; WIJESINGHEGE SARATH WIJESINGHE, as an Injured Party; SENAVIRATNACE LEELARATNA, as an Injured Party; NANHAMYGE WEERASENA, as an Injured Party; RANPATI DEVALAGE NISHANTHA KUMARA RATNADAWA, as an Injured Party; AUWSADAHAMIGE SENANAYAKE, as an Injured Party; C.M. DILRUKSHI CHANDRASIRI, as an Injured Party; SENANAYAKAGE ANOMA PRIYADARSHANI SENANAYAKE, as an Injured Party; SHAMILA PRASANDIKA CHANDRASIRI, as an Injured Party; AUWSADA HAMIGE ARIYADASA THILAKARATNE, Individually, as an Injured Party, and as Personal Representative of the Estate of T. Salinda Kumara Thilakaratne, Deceased; CHANDRASEKERAGE WIMALAWATHIE, Individually and as Personal Representative of the Estate of Auwsadahamige Ranasinghe, Deceased; JAYAWARDANAGE PATHMINI JAYAWARDENA, Individually and as Personal Representative of the Estate of Kapurumige Leelawathie, Deceased; BASNAYAKE MUDIYANSELAGE CHAMPIKA KUMUDINI DISANAYAKE, as an Injured Party; SILAMBIRALAGE WIJESINGHE, as an Injured Party; KIRIBANDAGE PIYARATNE, Individually and as Personal Representative of the Estate of Ukkuralage Sumanawathie,   Deceased; PATHIRAJA MUDIYANSELAGE PUNCHIBANDA, Individually and as Personal Representative of the Estate of Ukkuralage Ukkumenika, Deceased; R. C. KUMARA RATNAYAKE, as an Injured Party;

2

RANASINGHEGE GAMINI, as an Injured Party; WASANTHA KUMARI PIYARATHNA, Individually, as Parent and Guardian of minor child A.N., Injured, as Personal Representative of the Estate of U. Piyrathna, Deceased, and as Personal Representative of the Estate of Bandage Somawathi, Deceased; MENIKRALAGE MALLIKAWATHIE, Individually and as Personal Representative of the Estate of K.D.R.G. Disanayake, Deceased; AUWSADAHAMIGE KIRIMENIKA, Individually and as Personal Representative of the Estate of Kapuruhamige Siriwardena, Deceased; BANDAGE BANDUPALA, as an Injured Party; BANDAGE SIRISENA, Individually, on behalf of minor children A.P.S and N.P.S., and as Personal Representative of the Estate of Silambu Ralage Dayawathie, Deceased; P. BANDULA GAMINI, as an Injured Party; DISSANAYAKA MUDIYANSELAGE SISIRA KUMARA, as an Injured Party; G. PEMAWATHIE, Individually and as Personal Representative of the Estate of Manikralage Abeypala, Deceased; KARUNADASAGE SUNIL KARUNADASA, as an Injured Party; KAPURU HAMIGE MANAL SAMARANAYAKA, as an Injured Party; SENEVIRATNAGE CHANDRA PATHMAKANTHI, Individually as an Injured Party, and as Personal Representative of the Estate of minor child K.M.K., Deceased; JAYAWARDENAGE PADMINI, Individually, on behalf of minor children A.S.K.D., D.W.D., and P.T.D., and as Personal Representative of the Estate of G. Gamini Disanayake, Deceased; SHAMA CHATURANGANI KARUNADASA, Individually as an injured party, and as Personal Representative of the Estate of Siriwardanage Pathmalatha, Deceased; PUNCHI BANDAGE NIMAL KARUNARATHNA, as an Injured Party; W. M. SAMAN KUMARA JAYARATHNA, as an Injured Party; NANHAMIGE SAMANTHA NIMAL, as an Injured Party; MUDALIHAMYGE KARUNARATNE, Individually as an Injured Party, as Personal Representative of the Estate of minor child K.W.S., Deceased, and as Personal Representative of

3

the Estate of minor child K.U.D.K., Deceased; AUWSADAHAMIGE BASNAYAKE, as an Injured Party; MUDELIHAMIGE SIRIWATHIE, as an Injured Party; WIJERATNAGE SUJATHA CHANDRALATHA MALLIKA, individually as an Injured Party; as Personal Representative of the Estate of P. Rambanda,  Deceased, and as parent and guardian of minor child N.M, Injured; AUWSADA HAMIGE NANDAWATHI, Individually and as Spouse of Mal Hamige Darmapala, Injured; KIRIHAMIGE WALLIETHANA, as an Injured Party; K.L. LEELAWATHI, Individually and as Personal Representative of the Estate of Aparekka Sudassie Thero,  Deceased; BANDAGE KAMALAWATHI, Individually as an Injured Party, on behalf of minor child E.P., and as Personal Representative of the Estate of Silamburalage Punchibanda, Deceased; W.M.A. WIJESIRI, Individually, as Personal Representative of the Estate of Shanaka Madhusanka Wijesiri, Deceased, and as Personal Representative of the Estate of D.B. Chandrawathie, Deceased; MENIKRALAGE PEMAWATHI, Individually and as Personal Representative of the Estate of Auwsada Hamige Kumarasinghe, Deceased; BANDAGE SENANAYAKA, Individually and as Personal Representative of the Estate of Inoka Tharangani Wijesiri, Deceased, and as Personal Representative of Estate of minor child C.S., Deceased; SILAMBURALAGE SENEVIRATNE, Individually and as Personal Representative of the Estate of S. Gamini Priyantha Seneviratne, Deceased; BANDAGE JAYAWARDANA, Individually and as Personal Representative of the Estate of W. Pathmawathi, Deceased; WIJERATHNAGE KARUNARATNA, Individually and as Personal Representative of the Estate of Wijerathnage Piyaseeli Hemalatha, Deceased, and Personal Representative of the Estate of minor child W.H.K., Deceased; DASANYAKEGE KUMARADASA DASANAYAKE, Individually and as Personal Representative of the Estate of minor child K.C.D.D., Deceased, and as Personal Representative of the Estate of Yasapalage Menaka Subashini Yasapala, Deceased;

4

BADDARALAGE SIRIPALA, Individually and as Personal Representative of the Estate of minor child S.P.S., Deceased, and as Personal Representative of the Estate of Kapuruhamege Upamawathi, Deceased; MUDALI HAMIGE SUGATHADASA, Individually as an Injured party, and on behalf of minor child M.K., and as Personal Representative of the Estate of Kapuru Hamige Karunawathi, Deceased; UKKURALAGE DASANAYAKA, Individually as an Injured Party, and as Personal Representative of the Estate of  Kapuruhamige Yasawathi, Deceased; AUWSADA HAMYGE ARIYASENA, Individually, on behalf of minor child D.H. and as Personal Representative of the Estate of P. Renuka Malkanthi, Deceased; NAIDURALAGE RATNAYAKA, Individually as an Injured Party, and as Personal Representative of the Estate of Dingiribandage Gnanawathi, Deceased; KARUNADASAGE DINUSHA DISNAKANTHI KARUNADASA, Individually and as Personal Representative of the Estate of Dingiribandage Karunadasa, Deceased; KAPURUHAMIGE YASAPALA, Individually as an Injured party and as Personal Representative of the Estate of D. B. Karunawathi, Deceased; NAIDURALAGE CHANDRASEKARA, Individually and as Personal Representative of the Estate of C. Ratnasiri, Deceased; DINGIRIBANDAGE SIRISENA, Individually and as Personal Representative of the Estate of C. Anulawathi, Deceased; WIJESINGHEGE INDRANI, Individually, on behalf of minor children D.D. and I.D., and as Personal Representative of the Estate of A.P. Dissanayake, Deceased; MENIKRALAGE JAYAWARDENA, Individually and as Personal Representative of the Estate of minor child J.N.C., Deceased; KRUNADASAGE SUNITHA KARUNADASA, Individually, on behalf of minor child M.S., and as Personal Representative of the Estate of Abeypalage Senanayaka, Deceased; P. THONOJA KUMARI, Individually, on behalf of minor children A.W., K.W., and S.W., and as Personal Representative of the Estate of Nanhamege Wipularatna, Deceased; MALAMIGE CHANDRAWATHI, Individually, on behalf of minor

5

children I.M.H. and S.M., and as Personal Representative of the Estate of Ukkuralage Herathbanda, Deceased; W. NIMAL RATNASIRI, Individually, on behalf of minor children C.N.R., injured, and T.N.R., and as Personal Representative of the Estate of A.H.M. Nayana N. Abeysinghe, Deceased; CHANDRASEKERAGE RUPASINGHE, Individually as an Injured party, as Personal Representative of the Estate of D.B. Thusari Priyadarshani, Deceased, and as Personal Representative of the Estate of minor children A.H.R. and S.P.R., Deceased; BANDUPALAGE CHINTHA IRANGANI, Individually and as Personal Representative of the Estate of minor child S. C., Deceased,  as Personal Representative of the Estate of minor child S. L., Deceased, and as Personal Representative of the Estate of minor child  U.S., Deceased; K. MANJULA NAYANAKANTHI, Individually and as Personal Representative of the Estate of A. Indralatha, Deceased, and as Personal Representative of the Estate of Dingri Bandage Karunadasa, Deceased; K. PAVITHRA WARNAKANTHI, as an Injured Party; K. SUJEEWA MALKANTHI KARANADASA, individually as an Injured Party, as Personal Representative of the Estate of minor child S.D.S., Deceased, and as Personal Representative of the Estate of Rathnayakage Samaraweera, Deceased; P. P. JAYASUNDARA, Individually and as Personal Representative of the Estate of P. P. Muthu Banda, Deceased, as Personal Representative of the Estate of T. M. Sudumenika, Deceased, and as Personal Representative of the Estate of P. P. Karunaratne, Deceased; P.P. WEMAL ABEYRATNA, Individually and as Personal Representative of the Estate of P.B. Ukku Banda, Deceased; A.M. JOTHIPALA, Individually and as Personal Representative of the Estate of  M.B. Ukku Banda, Deceased; T. V. M. SIRISENA, Individually and as Personal Representative of the Estate of R. M. Wimalawathie, Deceased, as Personal Representative of the Estate of minor child Y. M. P.,  Deceased, and Personal Representative of the Estate of minor child T. K., Deceased; A.M. EVANUS

6

WIMALASIRI, Individually, on behalf of minor children A.M.D., and A.M.D., and as Personal Representative of the Estate of K.M. Swarnalatha, Deceased; M.H.M. AARIF, individually and as parent of  M.A.M. Thahad Aarif, Deceased; A. WASANTHA AMARASINGHA, Individually and as Personal Representative of  the Estate of H. Daniel Appu, Deceased; L.A. SISILIYANA, as an Injured Party; W. A. MITHRAWATHIE, Individually and as Personal Representative of the Estate of G. Nilmini Chandralatha, Deceased; W.A. GNANAWATHI, Individually and as Personal Representative of the Estate of K.A.D. Indika, Deceased; A.A. KUSUMAWATHI, Individually and as Personal Representative of the Estate of S.U. Hettiarachchi, Deceased; G.S. CHITRALAL PERERA, Individually and as Parent and Guardian of minor child P.N.P., Injured, and as Spouse of Chananani Kusumalatha, Injured; K.P. PREMACHANDRA, Individually and as Personal Representative of the Estate of K.P. Hirumi  Nishadini, Deceased; M. SUDARMA RANASINGHE, Individually and as Personal Representative of the Estate of H.M.G. Sandamali Wijeratne, Deceased; A.H. DARMASENA, Individually and as Personal Representative of the Estate of A.H. Ishara Udayanga, Deceased; T.D. KANTHI, Individually, on behalf of minor children D.L., K.M., and N.N., and as Personal Representative of the Estate of A.V. Weerarathna, Deceased; T.M. PALIHAKKARA, Individually, on behalf of minor child N.S.A., and as Spouse of  Maawela Adikaramge Sajeevan Kumar Anawaratna, Injured; A. CHANDRA SWARNALATHA, Individually and as parent of H.K. Sanjeewa Saman Kumara, Injured; S. PATHMAKANTHI, Individually, on behalf of minor children R.G. and C.S., and as Personal Representative of the Estate of  Priyantha Chandrakumara Ihalavithanage, Deceased; W. LALITHA KUMARI, Individually, on behalf of minor child A.M.R., and as Personal Representative of the Estate of  R.B. Chandana Kumara Rathnawera, Deceased; MAHASEN ARACHCHILAGE PATHMINIE KUMARI, Individually, on behalf of minor child L.B.K.K.,

587446.1

and as Personal Representative of the Estate of  Ranbandage Luxman Bandara, Deceased; P. LEELAWATHI, Individually, on behalf of minor child M.P., and as Personal Representative of the Estate of  T.D. Piyasena, Deceased; M. NANDASIRI PERIS, Individually and as Personal Representative of the Estate of minor child M.N.K.P., Deceased; M.G. MANEL RAMYALATHA, Individually, on behalf of minor children I.W.T. and I.W.S.S.T., and as Personal Representative of the Estate of Sampath Sri Thilakaratna, Deceased; SIRISENAGE PEMALATHA, Individually and as Personal Representative of the Estate of M.A. Rangana Srilal, Deceased; PETTAGE CHANDRADASA, as an Injured Party; S.M. AMARAWATHI MENIKE, Individually, on behalf of minor child A.P., and as spouse of S.P. Sumanathilaka, Injured; H.A. SENEVIRATHNA, Individually and as parent of minor child H.A.N.D., Injured; M. SUSIL PIYARATHNA, as an Injured Party;  S.P.D. SOMAPALA, Individually and as Personal Representative of the Estate of S.P.D. Anurada Shamali, Deceased; APPUHAMYGE DAYAWATHIE, Individually and as Personal Representative of the Estate of D. Lalith Kumara, Deceased; WATTEGE SEETHA PATHMASEELI, Individually and as Personal Representative of the Estate of Francis Hettege Nihal, Deceased; JAYAKODI ARACHCHIGE JUDE YURINTON, as an Injured Party; RATNAYAKAGE DEEPA KALYANI, Individually, as an injured party, and as Parent and Guardian of minor child N.L., Injured; UKKURALALAGE KAPURUHAMY, as an Injured Party; NANHAMYGE PREMADASA, as an Injured Party; H.A. NIROSH DARSHANA SENAVIRATNA, as an Injured Party; ILLUKKUWE GEDARA TIKIRI BANDA, as an Injured Party; TENNAKONE MUDIYANSELAGE UDAYA SHANTHA BANDARA, as an Injured Party; MOHAMED FASEEN MOHAMED FASHAN, as an Injured Party; WANNAKU WATTA WADUGE RUWAN DANANJAYA FERNANDO, as an Injured Party; WATTORU TANTRIGE CHATURIKA FERNANDO, as an Injured Party;

THAWAMANI PUSHPARANI, individually and as parent of Suppaiah Ramdas Kumari, Injured; KURUPPUGE DONE LANKIKA MADHUSHANI, as an Injured Party; GALHENAGE DHANAWATHI PERERA, Individually and as Parent of minor child N. S. M., injured; KANDEDURA AARACHCHILAGE AANANDA RATNASIRI, as an Injured Party; HEERALU WATTEGE RASIKA SAMANMALI, as an Injured Party; SAMARASINGHA GUNASEKARA LEELAWATHI, Individually and as Personal Representative of the Estate of Wepothaira Gnananada Bikku, Deceased; DICKOVITA KANKANAMGE PEMAWATHIE, Individually and as Personal Representative of the Estate of K.V. Nadeeka Mihirani, Deceased; MOHAMED MUSTHAFA SAHUL HAMEED, Individually and as Personal Representative of the Estate of Shaul Hameed Mohamed Mushadik, Deceased; H.P. GNANAWATHIE, Individually and as Personal Representative of the Estate of Y.P. Wasanthi Sri Amali, Deceased; WEERASINGHA AARACHCHIGE GNANASENA, Individually and as Personal Representative of the Estate of W.A. Indika Prasad Weerasinghe, Deceased (hereinafter "the additional Plaintiffs"). The additional Plaintiffs, by their attorneys, allege the following upon information and belief.

## THE ADDITIONAL PLAINTIFFS

1.      Plaintiffs, described below, are victims of international terrorism, crimes against humanity, specifically suicide bombings and other murderous attacks on innocent civilians intended to intimidate or coerce a civilian population, reckless disregard, negligence and tort claims committed by the LTTE with financial and material support knowingly and purposefully provided by Defendants Rajakumara "Raj" Rajaratnam, Jesuthasan Mylvaganam Rajaratnam (herein named as a Defendant as the "Estate of J.M. Rajaratnam"), and the Tamil Rehabilitation Organization ("TRO") (collectively, "Defendants") to the LTTE for the purpose of facilitating

587446.1

the commission of murderous attacks against the Sri Lankan civilian population.  Plaintiffs include persons injured, spouses, siblings, children and/or the legal representatives of persons killed in the following suicide bombings or other terrorist bombing attacks committed by LTTE with the knowing and purposeful support of the Defendants.  All Plaintiffs are citizens of Sri Lanka.

**June 14, 2006, Shooting at Mahakatchakudiya – Vavuniya**

2.      On Wednesday, June 14, 2006, LTTE terrorists hiding in a thicket – ambushed, shot and killed a Home Guard associated with the civil defense force in Sri Lanka.  The man was returning home after duty when he was shot.  The terrorists used machine guns in the attack.

3.      Plaintiff Dingiri Bandage Pathmawathie is the parent of S. W. Chandana Seneviratna and brings this action individually and as Personal Representative of the Estate of S. W. Chandana Seneviratna.  Mr. Seneviratna, born August 30, 1984, was killed June 14, 2006, when he was shot by LTTE members while returning home.  Dingiri Bandage Pathmawathie was born November 6, 1960, and resides in Kebithigollewa, Sri Lanka.  Mr. Pathmawathie was injured on June 15, 2006 when the LTTE detonated a bomb on the bus he was traveling on near Kongollewa. Mr. Pathmawathie suffered from injuries to his eyes as a result of the attack.

**June 15, 2006, Kebethigollewa Bus Bombing**

4.      On Thursday, June 15, 2006, the LTTE carried out a claymore mine attack on a bus carrying at least 150 civilians at Kongollewa in Anuradhapura. The overcrowded bus was leaving from Kebethigollewa full of people from the surrounding villages. The driver of the bus was H. Illangasinghe.  At approximately 8:30a.m., there were two sudden loud blasts, causing the bus to pitch forward, hit a drain pipe, and topple over.  The LTTE launched the twin side-charger claymore mines targeting the civilian bus using a remote control device.  At least 64

10

civilians were killed and more than 70 wounded in the attack. Among the dead were children and their parents on the way for treatment at a free medical clinic, and friends and relatives of a home guard officer who was killed by the LTTE; they were travelling to Vavuniya to attend a funeral.Approximately 40 others on the bus were also attending the same funeral.

5.      Plaintiff G. Pemawathie is the spouse of Manikralage Abeypala and brings this action individually and as Personal Representative of the Estate of Manikralage Abeypala.  Mr. Abeypala, born January 29, 1949, was killed June 15, 2006, by the LTTE when a claymore mine was detonated using a remote control device.

6.      Plaintiff W. Nimal Ratnasiri is the spouse of A.H.M. Nayana N. Abeysinghe and brings this action individually, on behalf of minor children C.N.R., injured, and T.N.R., and as Personal Representative of the Estate of A.H.M. Nayana N. Abeysinghe.  Ms. Abeysinghe, born November 6, 1978, was killed June 15, 2006, by the LTTE when a claymore mine was detonated using a remote control device.  C.N.R. suffered shrapnel injury to his brain.

7.      Plaintiff Dingiribandage Sirisena is the spouse of C. Anulawathi and brings this action individually and as Personal Representative of the Estate of C. Anulawathi.   Ms. Anulawathi, born October 26, 1958, was killed June 15, 2006, by the LTTE when a claymore mine was detonated using a remote control device.

8.      Plaintiff Bandage Bandupala, born November 3, 1955, resides in Kebithigollewa, Sri Lanka.  Mr. Bandupala was injured June 15, 2006 by the LTTE when a claymore mine was detonated using a remote control device.  He was admitted to General Hospital Anuradhapura on June 16, 2006, for a head injury and discharged June 19, 2006.

9.      Plaintiff Auwsadahamige Basnayake, born May 24, 1969, resides in Kebithigollewa. Mr. Basnayake was injured June 15, 2006, by the LTTE when a claymore mine

11

587446.1

was detonated using a remote control device.

10.     Plaintiff Bandupalage Chintha Irangani is the parent of minor children S.C., S.L., and U.S., and brings this action individually and as Personal Representative of the Estate of minor child S. C., as Personal Representative of the Estate of minor child S.L., and as Personal Representative of the Estate of minor child U.S.  The minor children were killed June 15, 2006, by the LTTE when a claymore mine was detonated using a remote control device.

11.     Plaintiff C.M. Dilrukshi Chandrasiri, born March 7, 1982, resides in Kebithigollewa, Sri Lanka.  Ms. Chandrasiri was injured June 15, 2006, by the LTTE when a claymore mine was detonated using a remote control device. She was admitted to General Hospital Anuradhapura June 15, 2006, for a deep laceration to her scalp and was discharged June 20, 2006.

12.     Plaintiff Shamila Prasandika Chandrasiri, born September 21, 1990, resides in Kebithigollewa, Sri Lanka.  Ms. Chandrasiri was injured June 15, 2006, by the LTTE when a claymore mine was detonated using a remote control device.  She suffered near traumatic evisceration of her left eye that required an orbital implant.

13.     Plaintiff W.M.A. Wijesiri is the spouse of D.B. Chandrawathie and brings this action individually and as Personal Representative of the Estate of D.B. Chandrawathie.  Ms. Chandrawathie, born August 26, 1965, was killed June 15, 2006, by the LTTE when a claymore mine was detonated using a remote control device.

14.     Plaintiff W.M.A. Wijesiri is also the parent of Shanaka Madhusanka Wijesiri and brings this action individually and as Personal Representative of the Estate of Shanaka Madhusanka Wijesiri.  Mr. Wijesiri, born June 28, 1982, was 23 years old when he was killed June 15, 2006, by the LTTE when a claymore mine was detonated using a remote control device.

587446.1

15.    Plaintiff Menikralage Jayawardena is the parent of minor child J.N.C., and brings this action individually and as Personal Representative of the Estate of minor child J.N.C. who was killed June 15, 2006, by the LTTE when a claymore mine was detonated using a remote control device.

16.    Plaintiff Auwsada Hamige Nandawathi is the spouse of Mal Hamige Darmapala and brings this action individually and as spouse of Mal Hamige Darmapala.  Mr. Darmapala was injured June 15, 2006, by the LTTE when a claymore mine was detonated using a remote control device.  He suffered compound fractures to his right hand.

17.    Plaintiff Ukkuralage Dasanayaka was born January 13, 1957, and resides in Kebithigollewa, Sri Lanka.  Mr. Dasanayaka was injured June 15, 2006, by the LTTE when a claymore mine was detonated using a remote control device.  He suffered a fractured scapula and fractured metacarpal of right hand. Ukkuralage Dasanayaka is also the spouse of Kapuruhamige Yasawathi and brings this action individually and as Personal Representative of the Estate of Kapuruhamige Yasawathi. Ms. Yasawathi was born on June 18, 1956 and resided in Kebithigollewa, Sri Lanka. On June 15, 2006, Ms. Yasawathi was killed when a bomb exploded on the bus she was traveling on near Kongollewa.

18.    Plaintiff Bandage Sirisena is the spouse of Silambu Ralage Dayawathie and brings this action individually, on behalf of minor children A.P.S and N.P.S., and as Personal Representative of the Estate of Silambu Ralage Dayawathie.  Ms. Dayawathie was 33 years old at the time of the incident and a resident of Kebithigollewa, Sri Lanka. She was killed June 15, 2006, by the LTTE when a claymore mine was detonated using a remote control device.

19.    Plaintiff Ukkubandage Anurakumari is the spouse of Ukkuralage Dharmapala and brings this action individually, on behalf of minor children L.M.D. and T.M.D, and as Personal

587446.1

Representative of the Estate of Ukkuralage Dharmapala.  Mr. Dharmapala was born May 25, 1971, and was killed June 15, 2006, by the LTTE when a claymore mine was detonated using a remote control device.

20.     Plaintiff Basnayake Mudiyanselage Champika Kumudini Disanayake was born February 5, 1981, and resides in Kebithigollewa, Sri Lanka.  Ms. Disanayake was injured June 15, 2006, by the LTTE when a claymore mine was detonated using a remote control device. She was pregnant at the time of the incident and suffered lacerations.

21.     Plaintiff Jayawardenage Padmini is the spouse of G. Gamini Disanayake and brings this action individually, on behalf of minor children A.S.K.D., D.W.D., and P.T.D. and as Personal Representative of the Estate of G. Gamini Disanayake.  Mr. Disanayake was born March 27, 1975, and killed June 15, 2006, by the LTTE when a claymore mine was detonated using a remote control device.

22.     Plaintiff Menikralage Mallikawathie is the parent of K.D.R.G. Disanayake and brings this action individually and as Personal Representative of the Estate of K.D.R.G. Disanayake. Mr. Disanayake was born December 2, 1987, and was killed June 15, 2006, by the LTTE when a claymore mine was detonated using a remote control device.

23.     Plaintiff Wijesinghege Indrani is the spouse of A.P. Dissanayake and brings this action individually, on behalf of minor children D.D. and I.D., and as Personal Representative of the Estate of A.P. Dissanayake.  Mr. Dissanayake was born September 25, 1974, and was killed June 15, 2006, by the LTTE when a claymore mine was detonated using a remote control device.

24.     Plaintiff P. Bandula Gamini was born December 9, 1969, and resides in Kebithigollewa, Sri Lanka.  Mr. Gamini was injured June 15, 2006, by the LTTE when a claymore mine was detonated using a remote control device. He was admitted to R.H.

Kebitigollewa Hospital June 15, 2006, where he was treated for lacerations to his head and extremity and discharged June 26, 2006.

25.     Plaintiff Ranasinghege Gamini was born April 13, 1971, and resides in Kebithigollewa, Sri Lanka.  He was injured June 15, 2006, by the LTTE when a claymore mine was detonated using a remote control device.  He was admitted to the hospital June 15, 2006, where he underwent surgery for blast injuries to his abdomen.  He was subsequently discharged June 20, 2006.

26.     Plaintiff Wijerathnage Karunaratna, born October 15, 1964, is the spouse of Wijerathnage Piyaseeli Hemalatha, deceased, and parent of minor child W.H.K., deceased.  Mr. Karunaratna brings this action individually and as Personal Representative of the Estate of Wijerathnage Piyaseeli Hemalatha, and Personal Representative of the Estate of minor child W.H.K.  Ms. Hemalatha, and her minor child, who was 4 years old at the time of the incident, were both killed June 15, 2006, by the LTTE when a claymore mine was detonated using a remote control device.

27.     Plaintiff Malamige Chandrawathi is the spouse of Ukkuralage Herathbanda and brings this action individually, on behalf of minor children I.M.H. and S.M., and as Personal Representative of the Estate of Ukkuralage Herathbanda. Mr. Herathbanda was 38 years old at the time of the incident and resided in Kebithigollewa, Sri Lanka.  He was killed June 15, 2006, by the LTTE when a claymore mine was detonated using a remote control device.

28.     Plaintiff K. Manjula Nayanakanthi is the child of A. Indralatha and Dingri Bandage Karunadasa, and brings this action individually and as Personal Representative of the Estate of A. Indralatha, and as Personal Representative of the Estate of Dingri Bandage Karunadasa.  Ms. Indralatha, who was 45 years old at the time of incident, and Mr. Karunadasa

15

were residents of Sri Lanka and were both killed June 15, 2006, by the LTTE when a claymore mine was detonated using a remote control device.

29.     Plaintiff W. M. Saman Kumara Jayarathna was born June 30, 1969, and is a resident of Kebithigollewa, Sri Lanka.  Mr. Jayarathna was injured June 15, 2006, by the LTTE when a claymore mine was detonated using a remote control device. Mr. Jayarathna was admitted to the hospital June 15, 2006 and treated for injuries to both arms, he was discharged June 16, 2006.

30.     Plaintiff Dasanyakege Kumaradasa Dasanayake is the spouse of Yasapalage Menaka Subashini Yasapala and parent of minor child K.C.D.D. and brings this action individually and as Personal Representative of the Estate of minor child K.C.D.D.  and Personal Representative of the Estate of Yasapalage Menaka Subashini Yasapala. Ms. Yasapala was born on January 6, 1986, minor child K.C.D.D. was born June 28, 2004, both resided in Kebithigollewa, Sri Lanka. On June 15, 2006, Ms. Yasapala and her infant child were killed when a bomb exploded on the bus she was traveling on near Kongollewa.

31.     Plaintiff Kapuruhamige Yasapala was born August 25, 1958, and resides in Kebithigollewa, Sri Lanka.  Mr. Yasapala was injured on June 15, 2006 when the LTTE detonated a bomb on the bus he was traveling on near Kongollewa.  Mr. Yasapala was seriously injured in the attack. Kapuruhamige Yasapala is also the spouse of D.B. Karunawathi and brings this action individually and as Personal Representative of D.B. Karunawathi. Ms. Karunawathi was born December 9, 1962, and lived in Kebithigollewa, Sri Lanka. Ms. Karunawathi was killed on June 15, 2006, when the LTTE detonated a bus bomb near Kongollewa.

32.     Plaintiff P. Thonoja Kumari is the spouse of Nanhamege Wipularatna and brings this action individually, on behalf of minor children A.W., K.W., and S.W., and as Personal

Representative of the Estate of Nanhamege Wipularatna. Mr. Wipularatna was born on December 30, 1963 and resided in Kebithigollewa, Sri Lanka. On June 15, 2006, Mr. Wipularatna was killed when a bomb exploded on the bus he was traveling on near Kongollewa.

33.    Plaintiff Bandage Senanayaka is the spouse of Inoka Tharangani Wijesiri and parent of minor child C.S., and brings this action individually and as Personal Representative of the Estate of Inoka Tharangani Wijesiri and as Personal Representative of the Estate of minor child C.S. C.S. was one and a half years old and lived with her parents in Kebithigollewa, Sri Lanka. C.S. and her mother, Inoka Tharangani Wijesiri, were both killed on June 15, 2006 when the LTTE detonated a bomb on the bus he was traveling on near Kongollewa.

34.    Plaintiff Wijesinghege Sarath Wijesinghe was born June 8, 1967, and resides in Kebithigollewa, Sri Lanka. Mr. Wijesinghe was seriously injured on June 15, 2006 when the LTTE detonated a bomb on the bus he was traveling on near Kongollewa.

35.    Plaintiff Silambiralage Wijesinghe was born January 14, 1940, and resides in Halmillawawa, Sri Lanka. Mr. Wijesinghe was seriously injured on June 15, 2006 when the LTTE detonated a bomb on the bus he was traveling on near Kongollewa.

36.    Plaintiff Senewirathnage Anulawathi is the parent of N. Sumali Weerawadana and brings this action individually and on behalf of N. Sumali Weerawadana. Ms. Weerawadana was born November 21, 1988, and resided in Kebithigollewa, Sri Lanka. Ms. Weerawadana was seriously injured on June 15, 2006 when the LTTE detonated a bomb on the bus he was traveling on near Kongollewa.

37.    Plaintiff Nanhamyge Weerasena was born November 9, 1962, and resides in Kebithigollewa, Sri Lanka. Mr. Weerasena was seriously injured on June 15, 2006 when the LTTE detonated a bomb on the bus he was traveling on near Kongollewa.

38.     Plaintiff K. Pavithra Warnakanthi was born March 28, 1997, and resides in Kebithigollewa, Sri Lanka.  Ms. Warnakanthi was seriously injured on June 15, 2006 when the LTTE detonated a bomb on the bus he was traveling on near Kongollewa.

39.     Plaintiff Kirihamige Walliethana was born November 3, 1932, and resides in Kebithigollewa, Sri Lanka.  Ms. Walliethana was seriously injured on June 15, 2006 when the LTTE detonated a bomb on the bus he was traveling on near Kongollewa.

40.     Plaintiff Baddaralage Siripala is the spouse of Kapuruhamege Upamawathi and parent of minor S.P.S., and brings this action individually and as Personal Representative of the Estate of Kapuruhamege Upamawathi and as Personal Representative of the Estate of minor child S.P.S. Ms. Upamawathi resided in Kebithigollewa, Sri Lanka.  Ms. Upamawathi and S.P.S, who was seven years old at the time, were killed on June 15, 2006 when the LTTE detonated a bomb on the bus they were traveling on near Kongollewa.

41.     Plaintiff Pathiraja Mudiyanselage Punchibanda is the spouse of Ukkuralage Ukkumenika and brings this action individually and as Personal Representative of the Estate of Ukkuralage Ukkumenika. Ms. Ukkumenika resided in Kebithigollewa, Sri Lanka.   Ms. Ukkumenika was killed on June 15, 2006 when the LTTE detonated a bomb on the bus he was traveling on near Kongollewa.

42.     Plaintiff Auwsada Hamige Ariyadasa Thilakaratne is the parent of T. Salinda Kumara Thilakaratne and brings this action individually and as Personal Representative of the Estate of T. Salinda Kumara Thilakaratne. Mr. Thilakaratne, a guard with the Civil Defence Force, resided in Kebithigollewa, Sri Lanka. On June 15, 2006, Mr. Thilakaratne was killed when a bomb exploded on the bus he was traveling on near Kongollewa.  Auwsada Hamige Ariyadasa Thilakaratne was born March 23, 1958, and resides in Kebithigollewa, Sri Lanka.  Mr.

Thilakaratne was injured on June 15, 2006 when the LTTE detonated a bomb on the bus he was traveling on near Kongollewa. Mr. Thilakaratne suffered from a partial temporary disability due to his injuries.

43.     Plaintiff K.L. Leelawathi is the parent of Aparekka Sudassie Thero and brings this action individually and as Personal Representative of the Estate of Aparekka Sudassie Thero. Mr. Thero was born on June 7, 1973. On June 15, 2006, Mr. Thero, a Buddhist priest, was killed when a bomb exploded on the bus he was traveling on near Kongollewa.

44.     Plaintiff Kiribandage Piyaratne is the husband of Ukkuralage Sumanawathie and brings this action individually and as Personal Representative of the Estate of Ukkuralage Sumanawathie. Ms. Sumanawathie was born on July 14, 1961. On June 15, 2006, Ms. Sumanawathie was killed when a bomb exploded on the bus she was traveling on near Kongollewa.

45.     Plaintiff Mudali Hamige Sugathadasa was born October 15, 1960, and resides in Kebithigollewa, Sri Lanka.  Mr. Sugathadasa was injured on June 15, 2006 when the LTTE detonated a bomb on the bus he was traveling on near Kongollewa. Mr. Sugathadasa suffered dislocated right shoulder and was found to have a temporary partial disability as a result. Mudali Hamige Sugathadasa is also the spouse of Kapuru Hamige Karunawathi and brings this action individually, on behalf of minor child M.K., and as Personal Representative of Kapuru Hamige Karunawathi. Ms. Karunawathi was born February 27, 1964 and lived in Kebithigollewa, Sri Lanka. Ms. Karunawathi was killed on June 15, 2006, when the LTTE detonated a bus bomb near Kongollewa.

46.     Plaintiff Karunarathnage Somasiri was born January 14, 1977, and resides in Kebithigollewa, Sri Lanka.   Mr. Somasiri was injured on June 15, 2006 when the LTTE

detonated a bomb on the bus he was traveling on near Kongollewa.

47.    Plaintiff Mudelihamige Siriwathie was born August 9, 1937, and resides in Kebithigollewa, Sri Lanka.  Ms. Siriwathie was injured on June 15, 2006 when the LTTE detonated a bomb on the bus she was traveling on near Kongollewa.

48.    Plaintiff Auwsadahamige Kirimenika is the spouse of Kapuruhamige Siriwardena and brings this action individually and as Personal Representative of the Estate of Kapuruhamige Siriwardena. Mr. Siriwardena resided in Kebithigollewa. On June 15, 2006, Mr. Siriwardena was killed when a bomb exploded on the bus he was traveling on near Kongollewa.

49.    Plaintiff Mudalihamyge Karunaratne was born June 18, 1973, and resides in Kebithigollewa, Sri Lanka.  Mr. Karunaratne is the parent of K.W.S. and brings this action individually and as Personal Representative of the Estate of minor child K.W.S. K.W.S. was born on March 23, 2005 and lived with her parents in Kebithigollewa, Sri Lanka. Mudalihamyge Karunaratne is also the parent of K.U.D.K. and brings this action individually and as Personal Representative of the Estate of minor child K.U.D.K. K.U.D.K. was born April 8, 2002, and lived in Kebithigollewa, Sri Lanka. K.U.D.K. and K.W.S. were both killed on June 15, 2006, when the LTTE detonated a bus bomb near Kongollewa. Mr. Karunaratne was also injured on June 15, 2006; he sustained multiple injuries that could have proved fatal had he not been given prompt medical attention.

50.    Plaintiff Silamburalage Seneviratne is the parent of S. Gamini Priyantha Seneviratne and brings this action individually and as Personal Representative of the Estate of S. Gamini Priyantha Seneviratne. Mr. Seneviratne was twenty-four years old and resided in Kebithigollewa, Sri Lanka.  Mr. Seneviratne was killed on June 15, 2006 when the LTTE detonated a bomb on the bus he was traveling on near Kongollewa.

20

587446.1

51.     Plaintiff Senanayakage Anoma Priyadarshani Senanayake was born May 2, 1991, and resides in Kebithigollewa, Sri Lanka.  Ms. Senanayake was injured on June 15, 2006 when the LTTE detonated a bomb on the bus she was traveling on near Kongollewa.

52.     Plaintiff Auwsadahamige Senanayake was born August 7, 1965, and resides in Kebithigollewa, Sri Lanka.  Ms. Senanayake was injured on June 15, 2006 when the LTTE detonated a bomb on the bus she was traveling on near Kongollewa.

53.     Plaintiff Krunadasage Sunitha Karunadasa is the spouse of Abeypalage Senanayaka and brings this action individually, on behalf of minor child M.S., and as Personal Representative of the Estate of Abeypalage Senanayaka. Mr. Senanayake resided in Kebithigollewa, Sri Lanka.  Mr. Senanayaka was killed on June 15, 2006 when the LTTE detonated a bomb on the bus he was traveling on near Kongollewa.

54.     Plaintiff K. Sujeewa Malkanthi Karanadasa, born September 10, 1982, is the parent of minor child S.D.S. and brings this action individually and as Personal Representative of the Estate of minor child S.D.S. S.D.S. was born on January 2, 2005, and resided in Kebithigollewa, Sri Lanka.  K. Sujeewa Malkanthi Karanadasa is also the spouse of Rathnayakage Samaraweera and brings this action individually and as Personal Representative of the Estate of Rathnayakage Samaraweera. Mr. Samaraweera lived with his wife and child in Kebithigollewa, Sri Lanka.  S.D.S. and his father were killed on June 15, 2006 when the LTTE detonated a bomb on the bus he was traveling on near Kongollewa.  Ms. Karanadasa was also injured on June 15, 2006 when the LTTE detonated a bomb on the bus she was traveling on near Kongollewa.

55.     Plaintiff Kapuru Hamige Manal Samaranayaka was born May 2, 1971, and resides in Kebithigollewa, Sri Lanka.  Mr. Samaranayaka was injured on June 15, 2006 when the

21

LTTE detonated a bomb on the bus he was traveling on near Kongollewa. Mr. Samranayaka suffered deep lacerations to his left leg as well as injuries to his eyes.

56.     Plaintiff Kaluwage Karunawathie is the Parent of Bandupalage Eranga Saman and brings this action individually and on behalf of Bandupalage Eranga Saman who was born October 26, 1987, and resides in Kebithigollewa, Sri Lanka.  Mr. Saman was injured on June 15, 2006 when the LTTE detonated a bomb on the bus he was traveling on near Kongollewa. Mr. Saman suffered lesions on his body as a result of the explosion.

57.     Plaintiff Chandrasekerage Rupasinghe, born July 14, 1969, resides in Kebithigollewa, Sri Lanka.  Chandrasekarage Rupasinghe is the parent of S.P.R. and brings this action individually and as Personal Representative of the Estate of minor child S.P.R. S.P.R. was five years old and lived in Kebithigollewa, Sri Lanka.  Chandrasekarage Rupasinghe is also the parent of A.H.R. and brings this action individually and as Personal Representative of the Estate of minor child A.H.R. A.H.R. was eleven years old and lived in Kebithigollewa, Sri Lanka. Chandrasekarage Rupasinghe is also the spouse D.B. Thusari Priyadarshani and brings this action individually and as Personal Representative of the Estate of D.B. Thusari Priyadarshani. Ms. Priyadarshani was 38 years old and lived in Kebithigollewa, Sri Lanka.  Ms. Priyadarshani and her minor two children were killed on June 15, 2006 when the LTTE detonated a bus bomb near Kongollewa.  Mr. Rupasinghe was also injured on June 15, 2006; he suffered from multiple injuries, including palpable foreign bodies being found in his body as a result of the attack.

58.     Plaintiff R.C. Kumara Ratnayake was born June 19, 1979, and resides in Kebithigollewa, Sri Lanka.  Mr. Ratnayake was injured on June 15, 2006 when the LTTE detonated a bomb on the bus he was traveling on near Kongollewa. Mr. Ratnayake suffered a broken leg as a result of the explosion.

587446.1

59.     Plaintiff Naiduralage Ratnayaka was born April 3, 1954, and resides in Kebithigollewa, Sri Lanka.   Mr. Ratnayaka was injured on June 15, 2006 when the LTTE detonated a bomb on the bus he was traveling on near Kongollewa. Mr. Ratnayaka suffered multiple injuries as a result of the explosion. Naiduralage Ratnayaka is also the spouse of Dingiribandage Gnanawathi and brings this action individually and as Personal Representative of the Estate of Dingiribandage Gnanawathi.  Ms. Gnanawathi was born August 5, 1957, and killed June 15, 2006, by the LTTE when a claymore mine was detonated using a remote control device.

60.     Plaintiff W. Nimal Ratnasiri is the parent of C.N.R. and brings this action individually and as Personal Representative of the Estate of minor child C.N.R. C.N.R. was born on January 26, 2005, and lives in Anamaduwa, Sri Lanka.  C.N.R. was injured on June 15, 2006 when the LTTE detonated a bus bomb near Kongollewa.  C.N.R. suffered from shrapnel injuries to the head due to the explosion.

61.     Plaintiff Naiduralage Chandrasekara is the parent of C. Ratnasiri and brings this action individually and as Personal Representative of the Estate of C. Ratnasiri. Mr. Ratnasiri was born on December 24, 1981 and lived in Kebithigollewa, Sri Lanka.  Mr. Ratnasiri was killed on June 15, 2006 when the LTTE detonated a bus bomb near Kongollewa.

62.     Plaintiff Chandrasekerage Wimalawathie is the spouse of Auwsadahamige Ranasinghe and brings this action individually and as Personal Representative of the Estate of Auwsadahamige Ranasinghe. Mr. Ranasinghe was born on July 29, 1945 and lived in Kebithigollewa, Sri Lanka.  Mr. Ranasinghe was killed on June 15, 2006, when the LTTE detonated a bus bomb near Kongollewa.

63.     Plaintiff Bandage Kamalawathi is the spouse Silamburalage Punchibanda and brings this action individually, on behalf of minor child E.P., and as Personal Representative of

the Estate of Silamburalage Punchibanda. Mr. Punchibanda lived in Kebithigollewa, Sri Lanka. Mr. Punchibanda was killed on June 15, 2006 when the LTTE detonated a bus bomb near Kongollewa. Bandage Kamalawathi was born October 21, 1958, and resides in Kebithigollewa, Sri Lanka.  Ms. Kamalawathi was injured on June 15, 2006 when the LTTE detonated a bomb on the bus he was traveling on near Kongollewa. Mr. Kamalawathi sustained injuries to her hip as a result of the attack.

64.     Plaintiff Nanhamyge Premadasa was born May 30, 1968, and resides in Kebithigollewa, Sri Lanka.  Mr. Premadasa was injured on June 15, 2006 when the LTTE detonated a bomb on the bus he was traveling on near Kongollewa. Mr. Premadasa suffered lacerations to his face caused by shrapnel from the explosion.

65.     Plaintiff Auwsada Hamige Piyadasa was born December 12, 1956, and resides in Kebithigollewa, Sri Lanka.  Mr. Piyadasa was injured on June 15, 2006 when the LTTE detonated a bomb on the bus he was traveling on near Kongollewa. Mr. Piyadasa suffered multiple injuries as a result of the attack.

66.     Plaintiff Bandage Jayawardana is the spouse of W. Pathmawathi and brings this action individually and as Personal Representative of the Estate of W. Pathmawathi. Ms. Pathmawathi, age 39 at time of the incident, lived in Kebithigollewa, Sri Lanka. Ms. Pathmawathi was killed on June 15, 2006, when the LTTE detonated a bus bomb near Kongollewa.

67.     Plaintiff Shama Chaturangani Karunadasa is the child of Siriwardanage Pathmalatha and brings this action individually and as Personal Representative of the Estate of Siriwardanage Pathmalatha. Ms. Pathmalatha was born October 15, 1970 and lived in Kebithigollewa, Sri Lanka. Ms. Pathmalatha was killed on June 15, 2006, when the LTTE

detonated a bus bomb near Kongollewa.  Shama Chaturangani Karunadasa was born October 24, 1990, and resides in Kebithigollewa, Sri Lanka.  Ms. Karunadasa was injured June 15, 2006, when the LTTE detonated a bus bomb near Kongollewa.

68. Plaintiff Seneviratnage Chandra Pathmakanthi was born December 5, 1971, and resides in Kebithigollewa, Sri Lanka.  Ms. Pathmakanthi was injured on June 15, 2006 when the LTTE detonated a bomb on the bus she was traveling on near Kongollewa. Seneviratnage Chandra Pathmakanthi is the parent of K.M.K. and brings this action individually and as Personal Representative of the Estate of minor child K.M.K. K.M.K. was born on April 5, 1996, and lived in Kebithigollewa, Sri Lanka. K.M.K. was killed on June 15, 2006, when the LTTE detonated a bus bomb near Kongollewa.

69. Plaintiff Nanhamige Samantha Nimal was born June 28, 1977, and resides in Kebithigollewa, Sri Lanka.  Mr. Nimal was injured on June 15, 2006 when the LTTE detonated a bomb on the bus he was traveling on near Kongollewa. Mr. Nimal suffered from a compound fracture of his radius and ulna as a result of the attack.

70. Plaintiff Wasantha Kumari Piyarathna is the parent of A.N. and brings this action individually and as Personal Representative of the Estate of minor child A.N. A.N. was an infant at the time of the incident and lived in Kebithigollewa, Sri Lanka. A.N. was injured on June 15, 2006, when the LTTE detonated a bus bomb near Kongollewa.  Wasantha Kumari Piyarathna is also the child of U. Piyrathna and brings this action individually and as Personal Representative of the Estate of U. Piyrathna. Mr. Piyrathna, age 47 at time of the incident, lived in Kebithigollewa, Sri Lanka.  Both U. Piyrathna and his spouse, Bandage Somawathi, were killed on June 15, 2006, when the LTTE detonated a bus bomb near Kongollewa.  Wasantha Kumari Piyarathna is the child of Bandage Somawathi and brings this action individually and as Personal

587446.1

Representative of the Estate of Bandage Somawathi. Ms. Somawathi was born on February 6, 1960. On June 15, 2006, Ms. Somawathi was killed when a bomb exploded on the bus she was traveling on near Kongollewa.

71.     Plaintiff Wijeratnage Sujatha Chandralatha Mallika was born January 31, 1972, and resides in Kebithigollewa, Sri Lanka.  Ms. Mallika was injured on June 15, 2006 when the LTTE detonated a bomb on the bus she was traveling on near Kongollewa. Wijeratnage Sujatha Chandralatha Mallika is the spouse P. Rambanda and brings this action individually and as Personal Representative of the Estate of P. Rambanda. Mr. Rambanda lived in Kebithigollewa, Sri Lanka.  Mr. Rambanda was killed on June 15, 2006, when the LTTE detonated a bus bomb near Kongollewa.  Wijeratnage Sujatha Chandralatha Mallika is the parent of N.M. and brings this action individually and as parent and guardian of minor child N.M. who was 4 years old at the time of the incident, and lived in Kebithigollewa, Sri Lanka. N.M. was injured on June 15, 2006, when the LTTE detonated a bus bomb near Kongollewa.

72.     Plaintiff Auwsada Hamyge Ariyasena is the spouse of P. Renuka Malkanthi and brings this action individually, on behalf of minor child D.H., and as Personal Representative of the Estate of P. Renuka Malkanthi. Ms. Malkanthi was born April 12, 1986 and lived in Kebithigollewa, Sri Lanka. Ms. Malkanthi was killed on June 15, 2006, when the LTTE detonated a bus bomb near Kongollewa.

73.     Plaintiff Jayawardanage Pathmini Jayawardena is the child of Kapurumige Leelawathie and brings this action individually and as Personal Representative of the Estate of Kapurumige Leelawathie. Ms. Leelawathie was born June 16, 1954 and lived in Kebithigollewa, Sri Lanka. Ms. Leelawathie was killed on June 15, 2006, when the LTTE detonated a bus bomb near Kongollewa.

74.     Plaintiff Ranasinghege Leelawathi was born January 1, 1965, and resides in Horowpathana, Sri Lanka.   Ms. Leelawathi was injured on June 15, 2006 when the LTTE detonated a bomb on the bus she was traveling on near Kongollewa. Ms. Leelawathi suffered from a broken right hand as a result of the attack. Ranasinghege Leelawathi is also the parent of minor child R.P.D. and brings this action individually and as Personal Representative of the Estate of minor child R.P.D.  R.P.D. was killed June 15, 2006 when the LTTE detonated a bomb on the bus she was traveling on near Kongollewa.   He was 13 years old at the time of the incident.  Ranasinghege Leelawathi is also the parent of minor child C.S. and brings this action individually and as Parent and Guardian of minor child C.S., injured.  C.S. was injured on June 15, 2006 when the LTTE detonated a bomb on the bus she was traveling on near Kongollewa. She was an infant at the time of the incident.

75.     Plaintiff Senaviratnace Leelaratna was born October 14, 1958, and resides in Kebithigollewa, Sri Lanka.  Mr. Leelaratna was injured on June 15, 2006 when the LTTE detonated a bomb on the bus he was traveling on near Kongollewa.

76.     Plaintiff Ratnayakage Deepa Kalyani, born December 21, 1981, is the parent of minor child N.L. and brings this action individually and as parent and guardian of minor child N.L. who was 3 years old at the time of the incident and lived in Kebithigollewa, Sri Lanka with his mother. Both N.L. and Ratnayakage Deepa Kalyani were injured on June 15, 2006, when the LTTE detonated a bus bomb near Kongollewa.  N.L. suffered injury to his head and right eye.

77.     Plaintiff Menikralage Pemawathi is the spouse of Auwsada Hamige Kumarasinghe and brings this action individually and as Personal Representative of Auwsada Hamige Kumarasinghe. Mr. Kumarasinghe was born on September 29, 1950 and lived in Kebithigollewa, Sri Lanka. Mr. Kumarasinghe was killed on June 15, 2006, when the LTTE

detonated a bus bomb near Kongollewa.

78.     Plaintiff Dissanayaka Mudiyanselage Sisira Kumara was born April 15, 1987, and resides in Kebithigollewa, Sri Lanka.  Mr. Kumara was injured on June 15, 2006 when the LTTE detonated a bomb on the bus he was traveling on near Kongollewa. Mr. Kumara sustained a broken right forearm as a result of the attack.

79.     Plaintiff Ranpati Devalage Nishantha Kumara Ratnadawa was born December 11, 1977, and resides in Kebithigollewa, Sri Lanka.  Mr. Ratnadawa was injured on June 15, 2006 when the LTTE detonated a bomb on the bus he was traveling on near Kongollewa. Mr. Ratnadawa sustained multiple severe injuries as a result of the attack.

80.     Plaintiff Punchi Bandage Nimal Karunarathna was born March 7, 1982, and resides in Kebithigollewa, Sri Lanka.  Mr. Karunarathna was injured on June 15, 2006 when the LTTE detonated a bomb on the bus he was traveling on near Kongollewa. Mr. Karunaratne sustained shrapnel injuries as a result of the attack.

81.     Plaintiff Karunadasage Sunil Karunadasa was born May 25, 2007 and resides in Kebithigollewa, Sri Lanka.  Mr. Karunadasa was injured on June 15, 2006 when the LTTE detonated a bomb on the bus he was traveling on near Kongollewa. Mr. Karunadasa sustained multiple injuries, including a fracture to his right arm, as a result of the attack.

82.     Plaintiff Karunadasage Dinusha Disnakanthi Karunadasa is the child of Dingiribandage Karunadasa and brings this action individually and as Personal Representative of Dingiribandage Karunadasa. Dingiribandage Karunadasa lived in Rambawa, Sri Lanka; he was 64 years old when he was killed on June 15, 2006, when the LTTE detonated a bus bomb near Kongollewa.

83.     Plaintiff Ukkuralalage Kapuruhamy resides in Kebithigollewa, Sri Lanka.  Mr. Kapuruhamy was injured on June 15, 2006 when the LTTE detonated a bomb on the bus he was traveling on near Kongollewa. Mr. Kapuruhamy sustained a broken left hand due to the attack.

**October 20, 2007 Attack against Anuradhapura Air Force Base**

84.     On October 20, 2007, a man was caught in the jungle on or near the Anuradhapura Air Force Base.  The man was a farmer cutting trees in the forest.  LTTE members forced the farmer to lead them to the Air Force Base. Afterward, he was shot and decapitated.  His head was hidden about 200 yards away from the body.

85.     Plaintiff A. Wasantha Amarasingha is the spouse of H. Daniel Appu and brings this action individually and as Personal Representative of the Estate of H. Daniel Appu. Mr. Appu was born May 6, 1956 and resided in Mihintale, Sri Lanka. On October 20, 2007, Mr. Appu was a farmer who was shot and killed by the LTTE when they were attacking Anuradhapura Air Force base.

**November 28, 2007 "No Limit" Clothing Store - Parcel Bomb, Nugegoda, Sri Lanka**

86.     On Wednesday, November 28, 2007, during the evening rush-hour, an LTTE operative planted a parcel bomb at the popular clothing store "No-Limit," located in Nugegoda, a suburb of Colombo.  The explosion occurred when a security guard informed a nearby police officer of the suspicious package left with the guard for safekeeping. The officer attempted to open the package, triggering the bomb.  The blast killed at least 17 people and injured more than 30 people. Some of the victims were waiting outside the store at a crowded bus stop.  The No Limit department store and the adjacent building were damaged in the explosion and secondary fire sparked by the bomb.

87.     G.S. Chitralal Perera is the spouse of Chananani Kusumalatha and parent of minor child P.N.P. and brings this action individually and on behalf of Chananani Kusumalatha, injured, and on behalf of P.N.P., injured.  Ms. Kusumalatha, born April 12, 1962, and her minor child P.N.P., born September 9, 1990, were both injured November 28, 2007, when a LTTE parcel bomb exploded in the crowded "No Limit" clothing store at Nugegoda junction in the suburb of Colombo, Sri Lanka. Ms. Kusumalatha suffered severe injuries including spinal cord injury, shrapnel injuries, and eye injury.

88.     Plaintiff K.P. Premachandra is the parent of K.P. Hirumi Nishadini and brings this action individually and as Personal Representative of the Estate of K.P. Hirumi Nishadini.  Ms. Nishadini was born June 20, 1983, and resided in Imbulgoda, Sri Lanka. Ms. Nishadini was killed November 28, 2007, when a LTTE parcel bomb exploded in the crowded "No Limit" clothing store at Nugegoda junction in the suburb of Colombo, Sri Lanka.

89.     Plaintiff Tennakone Mudiyanselage Udaya Shantha Bandara, born September 1, 1969, resides in Pathiragoda Maharagama, Sri Lanka.  Mr. Bandara was injured on November 28, 2007, when a LTTE parcel bomb exploded in the crowded "No Limit" clothing store at Nugegoda junction in the suburb of Colombo, Sri Lanka. Mr. Bandara sustained injury to his knee, elbow, and arm.

90.     Plaintiff Mohamed Faseen Mohamed Fashan, born March 6, 1986, resides in Dehiwala, Sri Lanka.  Mr. Fashan was injured on November 28, 2007, when a LTTE parcel bomb exploded in the crowded "No Limit" clothing store at Nugegoda junction in the suburb of Colombo, Sri Lanka. Mr. Bandara sustained injury multiple shrapnel injuries.

91.     Plaintiff Wannaku Watta Waduge Ruwan Dananjaya Fernando, born July 2, 1982, resides in Dehiwala, Sri Lanka.  Mr. Fernando was injured on November 28, 2007, when a LTTE

parcel bomb exploded in the crowded "No Limit" clothing store at Nugegoda junction in the suburb of Colombo, Sri Lanka.  Mr. Fernando sustained multiple shrapnel injuries to his chest and abdomen.

92.     Plaintiff Wattoru Tantrige Chaturika Fernando, born October 5, 1986, resides in Mawatha Attidiya-Dehiwala, Sri Lanka.  Ms. Fernando was injured on November 28, 2007, when a LTTE parcel bomb exploded in the crowded "No Limit" clothing store at Nugegoda junction in the suburb of Colombo, Sri Lanka.  Ms. Fernando sustained multiple shrapnel injuries and was hospitalized at Colombo South Hospital for two weeks.

93.     Plaintiff Thawamani Pushparani is the parent of Suppaiah Ramdas Kumari, born January 18, 1980, and brings this action individually and on behalf of Suppaiah Ramdas Kumari, injured.  Ms. Kumari was injured on November 28, 2007, when a LTTE parcel bomb exploded in the crowded "No Limit" clothing store at Nugegoda junction in the suburb of Colombo, Sri Lanka.

94.     Plaintiff Kuruppuge Done Lankika Madhushan, born September 14, 1984, resides in Kuruppu Mulla Panadura, Sri Lanka.  Ms. Madhushani was injured on November 28, 2007, when a LTTE parcel bomb exploded in the crowded "No Limit" clothing store at Nugegoda junction in the suburb of Colombo, Sri Lanka.

95.     Plaintiff Heeralu Wattege Rasika Samanmali, born May 24, 1982, resides in Sulthanagoda, Sri Lanka.  Ms. Samanmali was injured on November 28, 2007, when a LTTE parcel bomb exploded in the crowded "No Limit" clothing store at Nugegoda junction in the suburb of Colombo, Sri Lanka.

96.     Plaintiff Dickovita Kankanamge Pemawathie is the parent of K.V. Nadeeka Mihirani, born October 23, 1987, and brings this action individually and as Personal

Representative of the Estate of K.V. Nadeeka Mihirani, deceased. Ms. Mihirani was killed November 28, 2007, when a LTTE parcel bomb exploded in the crowded "No Limit" clothing store at Nugegoda junction in the suburb of Colombo, Sri Lanka.

97.     Plaintiff Mohamed Musthafa Sahul Hameed is the parent of Shaul Hameed Mohamed Mushadik, born August 20, 1989, and brings this action individually and as Personal Representative of the Estate of Shaul Hameed Mohamed Mushadik, Deceased.  Mr. Mushadik was killed November 28, 2007, when a LTTE parcel bomb exploded in the crowded "No Limit" clothing store at Nugegoda junction in the suburb of Colombo, Sri Lanka.

98.     Plaintiff Weerasingha Aarachchige Gnanasena is the parent of W.A. Indika Prasad Weerasinghe, born March 23, 1981, and brings this action individually and as Personal Representative of the Estate of W.A. Indika Prasad Weerasinghe, Deceased.  Mr. Weerasinghe was killed November 28, 2007, when a LTTE parcel bomb exploded in the crowded "No Limit" clothing store at Nugegoda junction in the suburb of Colombo, Sri Lanka.

**December 5, 2007 Abimanapura Bus Bomb Blast**

99.     On December 5, 2007, a bomb exploded on a crowded bus near Abimanapura. Seventeen passengers were killed and 22 were injured.  LTTE terrorists detonated the planted bus bomb.

100.     Plaintiff Jayakodi Arachchige Jude Yurinton was born October 17, 1989, and resides in Padaweya, Sri Lanka.  Mr. Yurinton was injured on December 5, 2007, when the LTTE detonated a bomb on the bus he was traveling on near Abimanapura.  Mr. Yurinton suffered a compound fracture to his left fibula due to the explosion.

101.     Plaintiff M.G. Manel Ramyalatha is the spouse of Sampath Sri Thilakaratna and brings this action individually, on behalf of minor children I.W.T, and I.W.S.S.T., and as

Personal Representative of the Estate of Sampath Sri Thilakaratna. Mr. Thilakaratna was born July 20, 1974 and resided in Padaviya. Mr. Thilakaratna was killed on December 5, 2007, when the LTTE detonated a bomb on the bus he was traveling on near Abimanapura.

102.     Plaintiff S.M. Amarawathi Menike is the spouse of S.P. Sumanathilaka, born September 4, 1972, and brings this action individually, on behalf of minor child A.P., and on behalf of S.P. Sumanathilaka, injured.  Mr. Sumanathilaka resides in Kebithigollewa, Sri Lanka and was injured on December 5, 2007, when the LTTE detonated a bomb on the bus he was traveling on near Abimanapura.  Mr. Sumanathilaka suffered multiple small lacerations due to the explosion.

103.     Plaintiff Sirisenage Pemalatha is the parent of M.A. Rangana Srilal and brings this action individually and as Personal Representative of the Estate of M.A. Ranagana Srilal. Mr. Srilal was born June 19, 1982, and resided in Padaviya, Sri Lanka. Mr. Srilal was killed on December 5, 2007, when the LTTE detonated a bomb on the bus he was traveling on near Abimanapura.

104.     Plaintiff S.P.D. Somapala is the parent of S.P.D. Anurada Shamali and brings this action individually and as Personal Representative of the Estate of S.P.D. Anurada Shamali. Ms. Shamali was born April 15, 1988, and resided in Padaviya, Sri Lanka. On December 5, 2007, Ms. Shamali was returning home after a dancing class. She was killed when the LTTE detonated a bomb on the bus near Abimanapura.

105.     Plaintiff H.A. Nirosh Darshana Senaviratna was born August 22, 1991, and resides in Galagedara, Sri Lanka.  Mr. Senaviratna was injured on December 5, 2007, when the LTTE detonated a bomb on the bus he was traveling on near Abimanapura.  Mr. Senaviratna suffered lacerations to his liver, and cornea. He underwent a corneal laceration suturing and iris

prolapse repair.

106.    Plaintiff W. Lalitha Kumari is the spouse of R.B. Chandana Kumara Rathnawera and brings this action individually, on behalf of minor child A.M.R., and as Personal Representative of the Estate of R.B. Chandana Kumara Rathnawera. Mr. Rathnawera was born January 23, 1974, and resided in Kebithigollewa, Sri Lanka. On December 5, 2007, Ms. Rathnawera was killed when the LTTE detonated a bomb on the bus he was traveling on near Abimanapura.

107.    Plaintiff M. Susil Piyarathna was born March 4, 1967, and resides in Kabethigollewa, Sri Lanka.  Mr. Piyarathna was injured on December 5, 2007, when the LTTE detonated a bomb on the bus he was traveling on near Abimanapura.  Mr. Piyarathna suffered from nerve injuries which will require long term treatment.

108.    Plaintiff Wattege Seetha Pathmaseeli is the spouse of Francis Hettege Nihal and brings this action individually and as Personal Representative of the Estate of Francis Hettege Nihal. Mr. Nihal was born September 6, 1957, and resided in Padaviya, Sri Lanka. On December 5, 2007, Mr. Nihal was killed when the LTTE detonated a bomb on the bus he was traveling on near Abimanapura.

109.    Plaintiff Appuhamyge Dayawathie is the parent of D. Lalith Kumara and brings this action individually and as Personal Representative of the Estate of D. Lalith Kumara. Mr. Kumara was born December 16, 1980, and resided in Padaviya, Sri Lanka. On December 5, 2007, Mr. Kumara was killed when the LTTE detonated a bomb on the bus he was traveling on near Abimanapura.

110.    Plaintiff S. Pathmakanthi is the spouse of Priyantha Chandrakumara Ihalavithanage and brings this action individually, on behalf of minor children R.G. and C.S.,

and as Personal Representative of the Estate of Priyantha Chandrakumara Ihalavithanage. Mr. Ihalavithanage was born April 5, 1968, and resided in Padaviya, Sri Lanka. On December 5, 2007, Ms. Rathnawera was killed when the LTTE detonated a bomb on the bus he was traveling on near Abimanapura.

111.    Plaintiff H.A. Senevirathna is the parent of minor child H.A.N.D., born May 1, 1992. H.A.N.D. was injured on December 5, 2007, when the LTTE detonated a bomb on the bus he was traveling on near Abimanapura.  Due to injuries he sustained in the explosion, H.A.N.D. is now completely blind in one eye and still being treated for nerve injuries. Plaintiff H.A. Seneviratna brings this action individually and on behalf of minor child H.A.N.D.

112.    Plaintiff Pettage Chandradasa was born June 25, 1946, and resides in Kebithigollewa, Sri Lanka.  Mr. Chandradasa was injured on December 5, 2007, when the LTTE detonated a bomb on the bus he was traveling on near Abimanapura.  Mr. Chandradasa was struck in the back of the head with shrapnel.  He was admitted to Teaching Hospital December 5, 2007, where he was treated for his injuries and discharged December 7, 2007.

113.    Plaintiff Mahasen Arachilage Pathmini Kumari is the spouse of Ranbandage Luxman Bandara and brings this action individually, on behalf of minor child L.B.K.K., and as Personal Representative of the Estate of Ranbandage Luxman Bandara. Mr. Bandara was born November 28, 1982, and resided in Kebithigollewa, Sri Lanka. On December 5, 2007, Mr. Bandara was killed when the LTTE detonated a bomb on the bus he was traveling on near Abimanapura.

114.    Plaintiff H.P. Gnanawathie is the parent of Y.P. Wasanthi Sri Amali and brings this action individually and as Personal Representative of the Estate of Y.P. Wasanthi Sri Amali. Ms. Amali was born May 22, 1989, and resided in Padaviya, Sri Lanka. On December 5, 2007,

Ms. Amali was killed when the LTTE detonated a bomb on the bus he was traveling on near Abimanapura.

**April 6, 2008 Kanthi Stadium Suicide Bombing, Weliweriya**

115.    Early Sunday morning, April 6, 2008, a LTTE suicide bomber attacked the Sri Lankan Minister of Transportation Jeyaraj Fernandopulle as he prepared to give the starting signal for a marathon race at Kanthi Stadium at Weliweriya, Sri Lanka. The explosion occurred at the starting line directly behind the Minister and next to runners and spectators. The attack killed 15 people and injured 80 people. Among those killed were the Minister, several prominent Sri Lankan sports figures, athletes and spectators.

116.    Sri Lankan authorities determined the suicide bomber, who used the name Muththiah Kajendran and had several forged identity cards, was a member of the LTTE.

117.    Plaintiff Illukkuwe Gedara Tikiri Banda, born January 19, 1960, resides in Nittambuwa.  Mr. Banda was injured April 25, 2008 by an LTTE suicide bomber who attacked a crowded bus at the Piliyanda bus stop in the suburbs of Colombo, Sri Lanka.  He suffered damage to his ear drums and post traumatic issues.

**April 25, 2008 Piliyanda Bus Stop Bombing**

118.    On Friday, April 25, 2008, an LTTE operative planted a remote controlled bomb aboard a crowed commuter bus carrying passengers from the Piliyanda bus terminal to the suburb destination of Kahapola. At approximately 6:40 p.m., the bomb was detonated remotely, killing 28 people and injuring more than 70 people.  The LTTE operative responsible for the bombing, known by the alias Vasanthan, was arrested by Sri Lankan police.  In his confession, Vasanthan admitted he was directed by LTTE to conduct the bombing.  He was aided in the attack by LTTE operative Devendra Sinnaiah. Vasanthan enlisted in the LTTE in 2000 and

received two years of training.

119.     Plaintiff T.M. Palihakkara is the spouse of Maawela Adikaramge Sajeevan Kumar Anawaratna, born November 28, 1968, and brings this action individually, on behalf of minor child N.S.A., and on behalf of Maawela Adikaramge Sajeevan Kumar Anawaratna, injured.  Mr. Anawaratna was injured on April 25, 2008, by an LTTE suicide bomber who attacked a crowded bus at the Piliyanda bus stop in the suburbs of Colombo, Sri Lanka.  Mr. Anawaratna suffered injuries including right arm fracture, multiple rib fractures, bowel perforation, spinal cord injury, contusion to his head, cerebral edema, laceration to right temporal lobe, fracture of the mandible, and shrapnel in his spine.  A CT scan of his brain revealed possible fractures of the maxillary sinus, and a possible transverse fracture through the segment of his right temporal bone.

120.     Plaintiff Samarasingha Gunasekara Leelawathi is the parent of Wepothaira Gnananada Bikku and brings this action individually and as Personal Representative of the Estate of Wepothaira Gnananada Bikku.  Mr. Bukku, born December 16, 1972, was killed April 25, 2008, by an LTTE suicide bomber who attacked a crowded bus at the Piliyanda bus stop in the suburbs of Colombo, Sri Lanka.

121.     Plaintiff W. A. Mithrawathie is the parent of G. Nilmini Chandralatha and brings this action individually and as Personal Representative of the Estate of G. Nilmini Chandralatha.  Ms. Chandralatha, born January 5, 1973, was killed April 25, 2008, by an LTTE suicide bomber who attacked a crowded bus at the Piliyanda bus stop in the suburbs of Colombo, Sri Lanka.

122.     A. Chandra Swarnalatha is the parent of H.K. Sanjeewa Saman Kumara, born June 5, 1983, and brings this action individually and on behalf of Mr. Kumara.  Mr. Kumara was injured April 25, 2008, by an LTTE suicide bomber who attacked a crowded bus at the Piliyanda bus stop in the suburbs of Colombo, Sri Lanka.  Mr. Kumara suffered trauma to his head, scalp

laceration, and ear injury.

123.   Plaintiff Galhenage Dhanawathie Perera is the parent of N. S. M., born May 5, 1994, and brings this action individually and on behalf of N.S.M.  N.S.M. was injured April 25, 2008, by an LTTE suicide bomber who attacked a crowded bus at the Piliyanda bus stop in the suburbs of Colombo, Sri Lanka.  He suffered bilateral hearing loss.  His ENT surgeon, Dr. Devanand Jha, Apollo Hospital, recommended surgery for a Cochlear Implant.

124.   Plaintiff M. Nandasiri Peris is the parent of minor child M.N.K.P. and brings this action individually and as Personal Representative of the Estate of M.N.K.P.  M.N.K.P., born July 27, 1991, was killed April 25, 2008, by an LTTE suicide bomber who attacked a crowded bus at the Piliyanda bus stop in the suburbs of Colombo, Sri Lanka.

125.   Plaintiff P. Leelawathi is the spouse of T.D. Piyasena and brings this action individually, on behalf of the minor child M.P., and as Personal Representative of the Estate of T.D. Piyasena.  Mr. Piyasena, born July 7, 1938, was killed April 25, 2008, by an LTTE suicide bomber who attacked a crowded bus at the Piliyanda bus stop in the suburbs of Colombo, Sri Lanka.

126.   Plaintiff Kandedura Aarachchilage Aananda Ratnasiri was born February 10, 1970, and resides in Maduragoda.  Mr. Ratnasiri was injured April 25, 2008 by an LTTE suicide bomber who attacked a crowded bus at the Piliyanda bus stop in the suburbs of Colombo, Sri Lanka.  He suffered multiple injuries including a perforated ear drum, back injury, and laceration to his scalp.

127.   Plaintiff A.H. Darmasena is the parent of A.H. Ishara Udayanga and brings this action individually and as Personal Representative of the Estate of A.H. Ishara Udayanga.  Mr. Udayanga, born April 9, 1983, was killed April 25, 2008, by an LTTE suicide bomber who

attacked a crowded bus at the Piliyanda bus stop in the suburbs of Colombo, Sri Lanka.

128.   Plaintiff T.D. Kanthi is the spouse of A.V. Weerarathna and brings this action individually, on behalf of minor children D.L., K.M., and N.N., and as Personal Representative of the Estate of A.V. Weerarathna.  Mr. Weerarathna, born November 6, 1966, was killed April 25, 2008, by an LTTE suicide bomber who attacked a crowded bus at the Piliyanda bus stop in the suburbs of Colombo, Sri Lanka.

129.   Plaintiff M. Sudarma Ranasinghe is the parent of H.M.G. Sandamali Wijeratne and brings this action individually and as Personal Representative of the Estate of H.M.G. Sandamali Wijeratne.  Mr. Wijeratne, born August 8, 1984, was killed April 25, 2008, by an LTTE suicide bomber who attacked a crowded bus at the Piliyanda bus stop in the suburbs of Colombo, Sri Lanka.

**June 6, 2008 Katubedda, Moratuwa (Galle Road) Bus Bomb Blast**

130.   On June 6, 2008 a bomb targeting a crowded public transport bus close to the Shailabimaramaya Buddhist temple at Katubedda, Moratuwa exploded.  According to police sources, the claymore bomb was detonated using a remote controlled device targeting the packed bus traveling from Kottawa to Mount Lavinia. After investigation it is believed that the terrorists exploded a roadside bomb, triggered by a remote control.

131.   Plaintiff W.A. Gnanawathi is the parent of K.A.D. Indika and brings this action individually and as Personal Representative of the Estate of K.A.D. Indika. Mr. Indika was born June 12, 1983 and resided in Piliyandala, Sri Lanka. On June 6, 2008, Mr. Indika was killed when a bomb exploded on his bus in Katubedda near Galle Road.

132.   Plaintiff A.A. Kusumawathi is the parent of S.U. Hettiarachchi and brings this action individually and as Personal Representative of the Estate of S.U. Hettiarachchi. Mr.

Hettiarachchi was born June 10, 1981 and resided in Piliyandala, Sri Lanka. On June 6, 2008, Mr. Hettiarachchi was killed when a bombexploded on his bus in Katubedda near Galle Road.

**February 2, 2008 Dambulla Bus Bomb Attack**

133.    On February 2, 2008, a crowded bus was traveling to the town of Anuradhapura and was stopped in Dambulla. Upon the bus being stopped, an LTTE planted parcel bomb exploded and killed passengers. Many passengers were wounded.

134.    Plaintiff L.A. Sisiliyana was born May 22, 1944, and resides in Lewella Kandy, Sri Lanka.  Ms. Sisiliyana was injured on February 2, 2008 when the LTTE detonated a bomb on the bus he was traveling on near Dambulla.  Ms. Sisiliyana was seriously injured in the attack.

**February 21, 2009 Attack at village in Kirimetiyaya**

135.    On February 21, 2009, LTTE cadres invaded Kirimetiyaya in the Iginiyagala police area shooting and injuring villagers, most of which were farmer families, including many women and children. LTTE terrorists entered the village with fire arms, and shot villagers, also chasing others from the village.

136.    Plaintiff A.M. Evanus Wimalasiri is the spouse of K.M. Swarnalatha and brings this action individually, on behalf of minor children A.M.D, and A.M.D., and as Personal Representative of the Estate of K.M. Swarnalatha. Ms. Swarnalatha was born March 27, 1982 and resided in Inginiyagala, Sri Lanka. On February 21, 2009, Ms. Wimalawathie was killed when she was attacked by the LTTE near Karametiya.

137.    Plaintiff T.V.M Sirisena is the spouse of R. M. Wimalawathie, born October 1, 1969, and parent of minor children Y.M.P., deceased and T.K., deceased, and brings this action individually and as Personal Representative of the Estates of R.M. Wimalawathie, Y.M.P., and T.K. Ms.Wimalawathie was born October 1, 1969 and resided in Karemetiya, Sri Lanka. On

February 21, 2009, Ms. Wimalawathie and her two minor children were killed when they were attacked by the LTTE near Karametiya.  Y.M.P., was age 14 and T.K. was age 2 at the time of the incident.

138.    Plaintiff P.P. Jayasundara is the sibling of P.P. Karunaratne, the child of T.M. Sudumenika and P.P. Muthu Banda, and brings this action individually and as Personal Representative of the Estate of P.P. Karunaratne, as Personal Representative of the Estate of T.M. Sudumenika, and Personal Representative of the Estate of P.P. Muthu Banda. On February 21, 2009, Mr. Karunaratne, Ms. Sudumenika, and Mr. Banda were killed when they were attacked by the LTTE near Karametiya.

139.    Plaintiff P.P. Wemal Abeyratna is the child of P.B. Ukku Banda and brings this action individually and as Personal Representative of the Estate of P.B. Ukku Banda. Mr. Banda was born May 2, 1943 and resided in Inginiyagala, Sri Lanka. On February 21, 2009, Mr.Banda, 78 years old at the time, was killed when he and his family were attacked by the LTTE near Karametiya.

140.    Plaintiff A.M. Jothipala is the child in-law of M.B. Ukku Banda and brings this action individually and as Personal Representative of the Estate of M.B. Ukku Banda. Mr. Banda was fifty-seven years old at the time of the incident and resided in Nelliyada, Sri Lanka. On February 21, 2009, Mr.Banda and his wife were both killed when they were attacked by the LTTE near Karametiya.

**March 10, 2009 Suicide bombing in Godapitiya, Akuressa**

141.    On March 10, 2009 around 10:30, a brutal terrorist attack occurred at the national Milad-un-Nabi Festival in Sri Lanka in which 15 civilians were killed and at least 46 others were injured, including government minister Mahinda Wijesekara who was attending the celebration.

41

The explosion occurred the Jumma mosque at Godapitiya, in Akurassa, when an LTTE suicide bomber detonated themselves during the procession.

142.    Plaintiff M.H.M Aarif is the parent of M.A.M. Thahad Aarif, born September 20, 1977, and brings this action individually and as parent of M.A.M. Thahad Aarif. Mr. Aarif was born September 20, 1977 and resided in Kaleliya, Sri Lanka. On March 10, 2009, Mr. Aarif was killed by a suicide bomber while participating in a Muslim cultural procession.

## INCORPORATION OF ALLEGATIONS AND CLAIMS FOR RELIEF

143.    The additional Plaintiffs expressly incorporate herein by reference the allegations and claims made in paragraphs 1-24, 60-268 of the First Amended Complaint filed on or about June 13, 2014 in the above-captioned matter. *See* D.E. 163.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs demand judgment against Defendant as follows:

i. Accept jurisdiction over this action;

ii. Enter judgment against the Defendants and in favor of each Plaintiff for compensatory damages in amounts to be determined at trial;

v. Order any such equitable relief to which these Plaintiffs might be entitled;

vi. Enter an Order declaring that the defendants committed torts in violation of the law of nations under 28 U.S.C. § 1300; and

vii. Grant such other and further relief as justice requires.

**LITE DEPALMA GREENBERG, LLC**

Dated: March 8, 2016          By:     /s/ *Joseph J. DePalma*
                                                Joseph J. DePalma
                                                570 Broad Street,  Suite 1201
                                                Newark, NJ 07102
                                                Telephone: (973) 623-3000
                                                Email:  jdepalma@litedepalma.com

42

**MOTLEY RICE LLC**
Michael Elsner, Esq.
John M. Eubanks, Esq.
28 Bridgeside Boulevard
Mount Pleasant, South Carolina 29464
Telephone: (843) 216-9000

587446.1

## <u>LOCAL CIVIL RULE 11.2 CERTIFICATION</u>

Plaintiffs by their attorneys, hereby certify that the matter in controversy is not the subject of any other action.

I hereby certify that the following statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

**LITE DEPALMA GREENBERG, LLC**

Date: March 8, 2016

By:    <u>/s/ *Joseph J. DePalma*</u>
        Joseph J. DePalma
        570 Broad Street, Suite 1201
        Newark, NJ 07102
        Telephone: (973) 623-3000
        Email:  jdepalma@litedepalma.com

**MOTLEY RICE LLC**
Michael Elsner, Esq.
John M. Eubanks, Esq.
28 Bridgeside Boulevard
P.O. Box 1792
Mount Pleasant, South Carolina 29465
Telephone: (843) 216-9000

587446.1