**MotleyRice**
ATTORNEYS AT LAW

www.motleyrice.com

"I will stand for my client's rights.
I am a trial lawyer."
–Ron Motley (1944–2013)

28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
**o.** 843.216.9000   **f.** 843.216.9450

**John M. Eubanks**
*Licensed in MD & SC*
direct: 843.216.9218
JEubanks@motleyrice.com

October 20, 2017

<u>**VIA CM/ECF**</u>

Honorable Joseph A. Dickson
United States Magistrate Judge
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

      Re:    *Krishanthi, et al. v. Rajaratnam, et al.*, No. 2:09-cv-05395-JLL-JAD (D.N.J.)

Dear Judge Dickson:

    Pursuant to the Court's October 2, 2017 Order (ECF No. 316), the parties agree the following temporarily sealed documents no longer need to be under seal:

- ECF No. 280 (January 3, 2017 Letter);
- ECF No. 281 (January 4, 2017 Letter);
- ECF No. 282 (January 6, 2017 Letter);
- ECF No. 290 (March 1, 2017 Letter);
- ECF No. 291 (March 3, 2017 Letter);
- ECF No. 296 (Court's April 24, 2017 Letter Order);
- ECF No. 297 (May 9, 2017 Letter);
- ECF No. 298 (May 11, 2017 Letter plus exhibit);
- ECF No. 299 (May 16, 2017 Letter plus exhibit); and
- ECF No. 300 (May 17, 2017 Letter).

                                      Respectfully submitted,

                                      John M. Eubanks

Cc:    All counsel of record (via CM/ECF)