

**RICARDO SOLANO**
rsolano@fklaw.com
973.877.6421

November 21, 2017

BY ECF

Honorable Joseph A. Dickson, U.S.M.J.
United States District Court
MLK, Jr. Federal Building and Courthouse
50 Walnut Street, 5th Floor
Newark, New Jersey 07101

> **Re:**   *Krishanthi, et al. v. Rajaratnam, et al.*,
> No. 2:09-cv-05395-JLL-JAD

Dear Judge Dickson:

        I write as a follow-up to the letter filed by Plaintiffs' counsel in the above referenced matter on November 17, 2017, and the response letter filed by Defendants' counsel on November 20, 2017.   I represent the confidential witness who is referenced in Plaintiffs' letter.  I am aware that a lawsuit has been filed against my client and that counsel in that case knows my client's true identity.  On behalf of my client, I am writing to respectfully request that I be permitted to participate in any conferences or hearings that the Court may schedule on this matter.

                Respectfully submitted,


                /s/ Ricardo Solano Jr.
                Ricardo Solano Jr.


cc:    Thomas R. Valen
       Samidh Gula
       Joseph J. DePalma
       Eubanks, John
       Michael Elsner

One Gateway Center, 25th Floor, Newark, NJ 07102-5311    973.877.6400    fklaw.com
*A Limited Liability Partnership Formed in the State of New York*

3310501.1