

William P. Deni, Jr.
Director

Gibbons P.C.
One Gateway Center
Newark, New Jersey 07102-5310
Direct: (973) 596-4853 Fax: (973) 639-8373
wdeni@gibbonslaw.com

May 17, 2021

**VIA ECF**

Honorable Jessica S. Allen, U.S.M.J.
United States District Court
District of New Jersey
Martin Luther King, Jr. Federal Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

> Re: ***Krishanthi, et al. v. Rajaratnam, et al.***
> **Civil Action No. 09-05395 (BRM)(JSA)**

Dear Judge Allen:

The parties jointly write in connection with the Court's Order, dated April 30, 2021, which directed the parties to meet and confer and to file either a joint proposed Amended Scheduling Order or a joint letter identifying any scheduling disputes that remain. *See* ECF No. 454. The parties and independent counsel for the Former JTTF Agents have met and conferred in accordance with Your Honor's Order and are endeavoring to further narrow the scope of disagreement with respect to certain scheduling issues. Therefore, the parties jointly request that the Court permit a two-week extension of time from May 17, 2021 until May 31, 2021 to provide the Court with either a joint proposed Amended Scheduling Order or a joint letter identifying any remaining scheduling disputes.

We thank Your Honor for your consideration of this request.

Respectfully submitted,

William P. Deni, Jr.

cc:     All Counsel of Record (via ECF)