

Anne M. Collart
Associate

Gibbons P.C.
One Gateway Center
Newark, New Jersey 07102-5310
Direct: (973) 596-4737 Fax: (973) 639-8389
acollart@gibbonslaw.com

July 20, 2021

**VIA ECF**

Honorable Jessica S. Allen, U.S.M.J.
United States District Court
District of New Jersey
Martin Luther King, Jr. Federal Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

      Re:    *Krishanthi, et al. v. Rajaratnam, et al.*
                  **Civil Action No. 09-05395 (BRM)(JSA)**

Dear Judge Allen:

      This firm represents Defendants in the above-referenced matter. In accordance with instructions from Your Honor's chambers, enclosed is a draft scheduling order, memorializing the deadlines set during the July 15, 2021 status conference. Both parties have reviewed and approved the form of order. Please do not hesitate to contact me if I can be of any further assistance.

                                                    Respectfully submitted,

                                                    Anne M. Collart

Enclosure
cc:     All Counsel of Record (via ECF)