Joseph A. Dickson, U.S.M.J. (Ret.)
**CHIESA SHAHINIAN & GIANTOMASI PC**
One Boland Drive
West Orange, NJ 07052
(973) 325-1500
*Appointed Special Master*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| **KRISHANTHI, et al. v. RAJARATNAM, et al.** | Civil Action No.: 2:09-cv-05395 (BRM) (JSA)<br><br>**SPECIAL MASTER CASE MANAGEMENT ORDER NO. 1** |
|---|---|

**THIS MATTER** having come before the Special Master as a result of the conference held on July 19, 2022 (via Zoom), wherein the parties discussed the status of certain discovery and issues pertaining to same, and for good cause shown;

**IT IS** on this 20th day of July, 2022;

**ORDERED** that:

1. On or before August 12, 2022, Defendants Rajakumara Rajaratnam and Jesuthasan M. Rajaratnam (collectively, "Defendants") shall submit to the Special Master an opposition to Plaintiffs' letter motion for a protective order. (*See* ECF No. 506.) Plaintiffs shall respond on or before August 26, 2022.

2. On or before July 29, 2022, Defendants shall submit to the Special Master a letter brief setting forth the basis for a confidential witness deposition. Plaintiffs and counsel for the confidential witness shall respond on or before August 12, 2022. There shall be no reply briefs.

**SO ORDERED.**

/s/ *Joseph A. Dickson*
Hon. Joseph A. Dickson, U.S.M.J. (Ret.)
Special Master

Date: July 20, 2022