**MotleyRice** LLC
ATTORNEYS AT LAW
www.motleyrice.com

"I will stand for my client's rights.
I am a trial lawyer."
–Ron Motley (1944–2013)

28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
**o.** 843.216.9000   **f.** 843.216.9450

**John M. Eubanks**
*Licensed in MD & SC*
direct: 843.216.9218
JEubanks@motleyrice.com

July 25, 2022

<u>**VIA CM/ECF**</u>

The Honorable Joseph A. Dickson
United States Magistrate Judge (Ret.)
CHIESA SHAHINIAN & GIANTOMASI PC
One Boland Drive
West Orange, New Jersey 07052

      Re:    *Krishanthi, et al. v. Rajaratnam, et al.*. No. 2:09-cv-05395-BRM-JSA
              <u>Withdrawal of Plaintiffs' Motion to Compel as to Third Party Deutsche Bank AG, New York Branch</u>

Dear Judge Dickson:

      On July 8, 2022, Plaintiffs filed a Motion to Compel Third Party Deutsche Bank AG to Produce Documents Responsive to Plaintiffs' February 4, 2019 Subpoena Issued Under Fed. R. Civ. P. 45. *See* ECF No. 508. Plaintiffs subsequently served the motion on Deutsche Bank AG's New York Branch and sent the motion by e-mail to the individual within Deutsche Bank AG with whom Plaintiffs' counsel had been conferring. On July 15, 2022, Plaintiffs received a production of materials from Deutsche Bank AG, New York Branch that were, at least in part, responsive to Plaintiffs' subpoena. Plaintiffs have subsequently engaged in a dialogue seeking responses to follow-up questions related to the production in addition to materials that were conspicuously missing from the production. Nevertheless, at the present time, Plaintiffs seek to withdraw their motion to compel without prejudice to refiling should the discussions with Deutsche Bank AG, New York Branch fail to result in additional production responsive to Plaintiffs' February 4, 2019 subpoena.

                                                  Respectfully submitted,

                                                  John M. Eubanks

Cc:    All counsel of record

                            **SO ORDERED.**    /s/ Joseph A. Dickson
                                                         Hon. Joseph A. Dickson, U.S.M.J. (Ret.)
                                                          Special Master