

570 Broad Street / Suite 1201 / Newark, NJ 07102
973.623.3000 Main / 973.623.0858 Fax / litedepalma.com

Newark / Philadelphia

August 20, 2025

**VIA ECF**
Honorable Joseph A. Dickson, U.S.M.J. (Ret.)
CHIESA SHAHINIAN & GIANTOMASI PC
One Boland Drive
West Orange, New Jersey 07052

   Re: ***Krishanthi, et al. v. Rajaratnam, et al.***
      **Civil Action No. 09-05395 (BRM)(JSA)**

Dear Special Master Dickson:

  Plaintiffs filed a Motion to Substitute pursuant to Rule 25(a) on August 7, 2025. ECF No. 604. In support of the Motion, Plaintiffs appended exhibits such as declarations, birth certificates, marriage certificates, death certificates, and medical records. Plaintiffs provisionally filed Exhibits 1-57 under seal to protect against public disclosure of confidential and personal information. Plaintiffs' motion pursuant to L. Civ. R. 5.3 to seal these exhibits is currently due to be filed by August 21, 2025. Plaintiffs have conferred with counsel for Defendants Raj Rajaratnam and the Estate of Jesuthasan M. Rajaratnam, and the parties have consented to an extension of time to file the motion to substitute by September 3, 2025. The parties respectfully request that the Special Master grant this extension.

  Thank you for your consideration of this grant of additional time. Counsel is available should the Special Master have any questions or would like to discuss this matter further.

            Respectfully,

            Joseph J. DePalma

JJD:emp

  cc: All Counsel of Record (via ECF)

          ORDERED THIS _____ DAY OF AUGUST, 2025

          _____
          Honorable Joseph A. Dickson, U.S.M.J. (Ret.)