**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| KARUNAMUNIGE CHAMILA KRISHANTHI, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> RAJAKUMARA RAJARATNAM, *et al.* <br><br> Defendants. | Civil Action No. 09-5395(BRM)(JSA) <br><br><br> **CONSOLIDATED BRIEFING SCHEDULE FOR MOTIONS TO SUBTITUTE** |

**THIS MATTER**, having come before the Court-appointed Special Master by way of the parties' consent order extending Defendants Rajakumara Rajaratnam and the Estate of Jesuthasan M. Rajaratnam's ("Defendants") time to respond to Plaintiffs Karunamunige Chamila Krishanthi's, *et al.* ("Plaintiffs") motion to substitute filed on August 15, 2025 (Dkt. No. 608), and Plaintiffs having indicated that they anticipate filing additional motions to substitute, and in the interest of efficiency and judicial economy, the following schedule and procedures shall govern all pending motions to substitute (Dkt. Nos. 578-587, 604);

**IT IS** on this 27th of August, 2025, hereby

1. **ORDERED** that all previously-filed briefing in support of or in opposition to any motion to substitute that is currently pending (Dkt. Nos. 578-587, 592, 598, 604-605) is hereby deemed **WITHDRAWN**.

2. **ORDERED** that all motions to substitute shall be consolidated into a single filing to be submitted no later than **September 8, 2025**.

3. **ORDERED** that all oppositions to any motions to substitute shall be consolidated into a single filing and submitted no later than **October 8, 2025**.

4.  **ORDERED** that any replies in further support of any motions to substitute shall be consolidated into a single filing and submitted no later than **October 20, 2025**.

/s/ Joseph A. Dickson
**Hon. Joseph A. Dickson, U.S.M.J. (Ret.)**
**Special Master**